---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

☐ Check if this is an
amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Bittrex, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   8  1  –  3  8  2  0  9  0  8

4. **Debtor's address**

   **Principal place of business**

   701     5th Ave.
   Number  Street

   Suite  4200

   Seattle          WA     98104
   City             State  ZIP Code

   King
   County

   **Mailing address, if different from principal place of business**

   _____  _____
   Number       Street

   _____
   P.O. Box

   _____  _____  _____
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  _____
   Number       Street

   _____

   _____  _____  _____
   City         State  ZIP Code

5. **Debtor's website (URL)**     www.bittrex.com

Debtor  Bittrex, Inc.
        _____        Case number *(if known)* _____
        Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best descr bes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>4</u>  <u>1</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Bittrex, Inc.
_____      Case number (if known) _____
          Name

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

          District _____   When _____   Case number _____
                                              MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   See Schedule 1 _____   Relationship   See Schedule 1 _____

          District   Delaware _____        When   05 / 08 / 2023
                                                              MM / DD / YYYY

          Case number, if known   _____

---

**11.  Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____
                          City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

---

Debtor    Bittrex, Inc.
_____
     **Name**

Case number *(if known)*_____

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☒ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 08 / 2023
             MM  / DD / YYYY

✗ */s/ Evan Hengel*
_____
Signature of authorized representative of debtor

Evan Hengel
_____
Printed name

Title  Co-Chief Restructuring Officer of Bittrex, Inc., Desolation Holdings LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.

---

Debtor    <u>Bittrex, Inc.</u>
Name

Case number *(if known)*_____

---

**18. Signature of attorney**    ✗ */s/ Robert S. Brady*
Signature of attorney for debtor

Date    <u>05 / 08 / 2023</u>
MM   / DD / YYYY

Robert S. Brady
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

<u>1000</u>    North King Street
Number      Street

Wilmington
City

DE      19801
State      ZIP Code

302-571-6600
Contact phone

rbrady@ycst.com
Email address

2847
Bar number

Delaware
State

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Bittrex, Inc.

United States Bankruptcy Court for the: _____ District of   Delaware
                                                            (State)

Case number (*If known*):     _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration   Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05 / 08 / 2023      ✖   */s/ Evan Hengel*
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     Evan Hengel
                                     Printed name

                                     Co-Chief Restructuring Officer of Bittrex, Inc., Desolation Holdings LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.
                                     Position or relationship to debtor

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of each entity listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Desolation Holdings LLC and under the case name Desolation Holdings LLC.

| Entity |
| --- |
| Desolation Holdings LLC |
| Bittrex, Inc. |
| Bittrex Malta Holdings Ltd. |
| Bittrex Malta Ltd. |

**Bittrex, Inc.**

**MINUTES OF THE MEETING OF THE
BOARD OF DIRECTORS HELD ON**

May 5, 2023
9:00 a.m. (PST)

A meeting of the board of directors (the "Board") of Bittrex, Inc., a Georgia corporation (the "Company"), was held on May 5, 2023 by way of telephone conference call.

**Members of the Board**:

Present:                                               Not Present:

William Shihara (Chairman)                    None
Richie Lai
Rami Kawach
Timothy Pohl

**Additional Persons Present:**

David Maria, General Counsel
James Waschak, Chief Operating Officer
Lorna Chang, Chief of Staff
Evan Hengel, Chief Restructuring Officer
Patty Tomasco, Quinn Emanuel
Susheel Kirpalani, Quinn Emanuel
Daniel Holzman, Quinn Emanuel


As set forth above, a requisite number of the members of the Board, constituting a quorum, attended the meeting.

| | |
|---|---|
| **CALL TO ORDER** | The meeting of the Board was called to order on May 5, 2023 at 9:06 a.m. (PST) with the Agenda set out below. |
| **AGENDA** | Filing Authorization and Related Matters (see Exhibit A) |

1) *Discussion, authorization and approval of the voluntary petition for relief under applicable bankruptcy law and seeking necessary relief;*
2) *Discussion, authorization and approval of the retention of professionals;*
3) *Discussion, authorization and approval of the debtor-in-possession financing;*
5) *Delegation of power;*

*6) Miscellaneous.*

**OVERVIEW**

The Chairman opened the meeting noting that, prior to the meeting, the Board received (i) presentation materials relating to the potential chapter 11 filing of the Company, and (ii) proposed resolutions relating to the voluntary petition for relief, retention of professionals, use of cash collateral and delegation of power in the form attached hereto as <u>Exhibit A</u> (the "<u>Board Resolutions</u>").

**ADOPTION OF RESOLUTIONS**

The Chairman then introduced the Board Resolutions.    An opportunity was provided for members of the Board to ask questions of the Company's management and advisors who were present at the meeting and a discussion ensued.  After discussion concluded and upon a motion duly made and seconded, the Board unanimously approved the Board Resolutions.  For purposes of the debtor-in-possession financing, Tim Pohl is designated as the Authorized Person to act on behalf of the Company and execute the relevant agreements.

**ADJOURNMENT**

Having no further business before it, the Board concluded the meeting, and the meeting was then adjourned by the Chairman at approximately      9:55 a.m. (PST).

The undersigned, being the duly appointed Chairman of the Board meeting, certifies that the minutes of the Board are true and correct.

***

DocuSigned by:

*William Shihara*

7CB56041EE2E4F9...

Name: William Shihara
Title: Chairman

[*Signature Page - Board Minutes*]

**EXHIBIT A**

<u>Chapter 11 Filing Resolutions</u>

# BITTREX, INC.

## Resolutions of the Board of Directors ("<u>Board</u>") of Bittrex, Inc. (the "<u>Company</u>")
### Approved at a Meeting of the Board on May 5, 2023

**WHEREAS**, the Board has considered certain materials presented by, or on behalf of, the Company's management ("<u>Management</u>") and financial and legal advisors (collectively, "<u>Advisors</u>"), including, but not limited to, materials regarding the liabilities, obligations and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business and the business of the Company's affiliates.

**WHEREAS**, the Board has had adequate opportunity to consult with its Management and Advisors regarding the materials presented, to obtain additional information and to fully consider each of the strategic alternatives available to the Company.

**WHEREAS**, the Board has determined, in the judgement of the Board, that the following resolutions are advisable and in the best interests of the Company, its stakeholders, its creditors, and other parties in interest.

## Voluntary Petition for Relief under Chapter 11

**NOW, THEREFORE, BE IT**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interest of the Company, its stakeholders, its creditors, and other parties in interest, that the Company shall be, and hereby is, in all respects authorized to file, or cause to be filed, a voluntary petition for relief (the "<u>Bankruptcy Petition</u>") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "<u>Bankruptcy Code</u>") for the Company, and the Board hereby consents to, authorizes, and approves, the filing of the Bankruptcy Petition.

**RESOLVED**, that any director or duly appointed officer of the Company, each acting individually and with full power of substitution (together with any persons to whom such persons delegate certain responsibilities, collectively, the "<u>Authorized Persons</u>") be, and hereby is, authorized to execute and file on behalf of  the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that such Authorized Person deems necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of  the Company.

### Retention of Professionals

**RESOLVED**, that each of the Authorized Persons, acting individually and with full  power  of  substitution,  be,  and  hereby  is,  authorized,  empowered  and

directed to employ the following professionals on behalf of the Company: : (i) the law firm of Quinn Emanuel Urquhart & Sullivan LLP, as general bankruptcy counsel, (ii) the firm of Berkeley Research Group, LLC, as a restructuring advisor, and (iii) any other legal counsel, accountants, financial advisors, restructuring advisors or other professionals such Authorized Person deems necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses) and to take any and all actions to advance the rights and obligations of the Company, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons be, and hereby is authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services.

### Debtor-In-Possession Financing

**RESOLVED**, that in the judgment of the Board, the Company will receive benefits from the DIP Credit Agreement (as defined below) and the loans contemplated thereunder, and it is desirable and in the best interest of the Company, its stakeholders, creditors, and other parties in interest that the form, terms and provisions of (i) that certain debtor-in-possession credit agreement (together with any and all exhibits, schedules and annexes thereto, the "DIP Credit Agreement"), and (ii) the Loan Documents (as defined in the DIP Credit Agreement) to the Company is a party, and all other documents, agreements, instruments or certificates, intellectual property security agreements, joinders, consents, and amendments, restatements, modifications or supplements to any of the foregoing to be executed, delivered or filed by the Company in connection therewith, and the transactions contemplated by the DIP Credit Agreement and the other Credit Documents (in each case including, without limitation, the borrowings and other extensions of credit thereunder, and the guaranties, liabilities, obligations, security interest granted and notes issued (if any) in connection therewith) be, and hereby are, authorized, adopted and approved in substantially the form presented to the Board, together with such changes as may be approved by the applicable Authorized Persons executing and delivering the same, such approval to be conclusively evidenced by such Authorized Person's execution and delivery thereof.

**RESOLVED**, that the Board has determined that it is necessary and in the best interest of the Company's business and affairs, each of its interest holders, subsidiaries, creditors and other parties in interest to execute, deliver and perform the DIP Credit Agreement and the other Credit Documents to which the Company is a party, to perform the Company's obligations thereunder and to consummate the transactions contemplated thereby, including, without limitation, any borrowings, the performance of any guarantees and the granting of any security interests and liens, and the Company's execution and delivery of, and the incurrence and

performance of its obligations in connection with the DIP Credit Agreement, including without limitation, the guarantee of the obligations thereunder, and any other Credit Document to which it is a party, and the consummation of the transactions contemplated thereby or entered into in connection with the Credit Documents, including, without limitation, any borrowing by the Company under the Credit Documents, are hereby, in all respects, authorized and approved.

## Further Actions and Prior Actions

**RESOLVED**, that each of the Authorized Persons, each acting individually and with full power of substitution be, and hereby is, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that such Authorized Person in their absolute discretion deems necessary, appropriate or desirable in accordance with these resolutions.

**RESOLVED**, that to the extent the Company is directly or indirectly the sole member, general partner, managing member, equivalent manager, or other governing body of certain of the Company's subsidiaries (each, a "Controlled Company"), each Authorized Person is authorized, empowered and directed to take each of the actions described in these resolutions or any of the actions authorized by these resolutions on behalf of each such applicable Controlled Company.

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Company's governing documents and applicable law, be, and each of them hereby is, authorized to take any and all such other and further actions, and to do all such other deeds and other things as the Company itself may lawfully do, in accordance with its governing documents and applicable law, including but not limited to, the negotiation, finalization, execution, acknowledgement, delivery, and filing of any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of the Company, and the payment of all expenses, including but not limited to filing fees, in each case as such Authorized Person's or Authorized Persons' may, in his/her/its/their absolute and unfettered discretion approve, deem or determine necessary, appropriate, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the

3

Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bittrex, Inc. | Case No. 23- |
|     Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Bittrex, Inc., as proposed debtor and debtor in possession (the "Debtor"), respectfully represents that, as of May 8, 2023, the following are corporations owning 10 percent or more of equity interests in the Debtor:

| Entity | Percentage of Equity Interest |
|---|---|
| RBR Holdings, Inc. | 100 percent |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

Bittrex, Inc.

       Debtor.

Chapter 11

Case No. 23-

## LIST OF EQUITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|--------|----------------|--------------------------|---------------------------|
| Bittrex, Inc. | RBR Holdings, Inc. | 701 5th Ave., Suite 4200, Seattle, WA 98104 | 100 percent |

---

[1]    The list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rule of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

| Fill in this information to identify the case: |
|---|
| Debtor name:      Desolation Holdings LLC, *et al*., |
| United States Bankruptcy Court for the District of Delaware |
| Case number (if known): |

☐ Check if this is
an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code<br><br>UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans,  services, and | Indicate if claim is or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of  collateral or  setoff | Unsecured  claim |
| 1 | Office of Foreign Asset Control U.S. Department of the Treasury Treasury Annex/Freedman's Bank Bldg. 1500 Pennsylvania Avenue, NW Washington, DC 20220 | Alison Cooper, Chief, Financial Sector Investigations 1-202-622-2490 | Settlement | | | | $24,280,829.20 |
| 2 | c09b87dc-64d8-440d-b71f-b2efcfe2aff6 | On file | Customer | Contingent | | | $14,586,302.21 |
| 3 | 83393306-9343-4855-8987-868266cb144e | On file | Customer | Contingent | | | $10,655,025.38 |
| 4 | 5cfb7e9b-08dc-4691-a7a0-91789961f52c | On file | Customer | Contingent | | | $6,937,360.13 |

Debtor          Desolation Holdings LLC, et al.,                    Case number (if known) _____
                Name

| | Name of creditor and complete mailing address, including zip code UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | 6a24bb04-4799-4da8-b799-98e9887b5d43 | On file | Customer | Contingent | | | $6,191,788.91 |
| 6 | 0aaa95f4-0b64-41a0-8212-2f4468de8d5e | On file | Customer | Contingent | | | $4,815,983.80 |
| 7 | a1472e35-7879-403d-b912-33b369f974bc | On file | Customer | Contingent | | | $4,617,061.03 |
| 8 | a577b1ff-00ed-4872-a9ce-647cabbd4921 | On file | Customer | Contingent | | | $3,912,558.40 |
| 9 | Financial Crimes Enforcement Network PO Box 39 Vienna, Virginia 22183 | FRC@fincen.gov | Settlement | Contingent | | | $3,500,000.00 |
| 10 | dcb22222-657a-400a-b98b-495711848302 | On file | Customer | Contingent | | | $3,230,276.80 |
| 11 | 4f7f1b08-a58c-4bed-b0b5-16e246c52880 | On file | Customer | Contingent | | | $2,323,295.89 |
| 12 | f536e49d-aa7a-4a54-a9ea-fcba81492b5c | On file | Customer | | | | $1,987,086.42 |

Debtor ___Desolation Holdings LLC, et al.,_____     Case number (if known) _____
              Name

| Name of creditor and complete mailing address, including zip code UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 fb923c5c-30ca-4100-9f55-beeac5ba6ea8 | On file | Customer | Contingent | | | $1,904,259.12 |
| 14 fadf45ef-bc0f-4353-9850-fd1e77b29697 | On file | Customer | Contingent | | | $1,647,784.03 |
| 15 f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 | On file | Customer | Contingent | | | $1,384,238.22 |
| 16 3f28305a-7f4a-41ff-a707-e1d25ac111f9 | On file | Customer | Contingent | | | $1,378,934.37 |
| 17 dd2f7fdc-2163-42af-a90e-2d76007a16f0 | On file | Customer | Contingent | | | $1,269,454.51 |
| 18 dbe0b606-15c8-43f3-8517-14ac18907906 | On file | Customer | Contingent | | | $1,184,652.66 |
| 19 008beac3-c9e4-4760-9a4c-b67977d15981 | On file | Customer | | | | $874,805.53 |
| 20 cd16ebb3-96f5-4864-8a02-fc8d2463734f | On file | Customer | Contingent | | | $868,307.01 |

Debtor        Desolation Holdings LLC, et al.,                          Case number (if known) _____
                    Name

| Name of creditor and complete mailing address, including zip code UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 925d0c0b-c584-4005-9e48-025493db1f09 | On file | Customer | Contingent | | | $844,317.21 |
| 22 4ede2655-0b05-4b45-9f04-de15d8c4f521 | On file | Customer | Contingent | | | $816,538.40 |
| 23 6ce22b6a-eaab-4150-860a-87d822ce49e6 | On file | Customer | Contingent | | | $735,431.51 |
| 24 d375ee9b-ef35-45fe-81ae-7eb0a643781b | On file | Customer | Contingent | | | $704,094.33 |
| 25 27f81091-66c7-458a-a4f9-31f636c9b5c7 | On file | Customer | Contingent | | | $701,261.67 |
| 26 12dba393-1a79-4ffe-a58d-782d80c140ba | On file | Customer | Contingent | | | $685,601.64 |
| 27 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 | On file | Customer | Contingent | | | $623,338.94 |
| 28 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa | On file | Customer | Contingent | | | $599,605.40 |

Debtor      Desolation Holdings LLC, et al.,                          Case number (if known) _____
                    Name

| Name of creditor and complete mailing address, including zip code<br><br>UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 f25c6a91-1afa-48fd-abd9-e511999da04c | On file | Customer | Contingent | | | $599,437.12 |
| 30 ae2ee974-3f89-4cb1-bcb4-64361b44486a | On file | Customer | Contingent | | | $585,301.25 |
| 31 e78e6f3a-5be9-49b8-be09-0c619928b44f | On file | Customer | Contingent | | | $563,069.08 |
| 32 2a54b310-c531-49eb-a704-f5933e925168 | On file | Customer | Contingent | | | $560,338.73 |
| 33 01014189-63a3-43c0-b6fc-651ddccaa276 | On file | Customer | Contingent | | | $523,733.24 |
| 34 58611824-5bc6-442d-b239-b548b4a4eec3 | On file | Customer | Contingent | | | $510,941.43 |
| 35 210de341-83a8-474c-a37e-61d2c10c8734 | On file | Customer | | | | $480,647.44 |
| 36 6341b91e-7b9f-4f56-a6a9-c66069ad945d | On file | Customer | Contingent | | | $479,813.02 |

Debtor      Desolation Holdings LLC, et al.,                        Case number (if known) _____
                    Name

| | Name of creditor and complete mailing address, including zip code UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 37 | 13e5eb91-0087-4936-9f9b-fb73052b5f1a | On file | Customer | Contingent | | | $476,340.88 |
| 38 | c62b2459-1676-4e4e-9caa-99a0b420a404 | On file | Customer | | | | $471,531.46 |
| 39 | f9c46d34-51fa-4e10-aa95-93137c2de7e8 | On file | Customer | Contingent | | | $470,951.81 |
| 40 | dd88f140-297b-4811-88c0-f18afd1b8752 | On file | Customer | Contingent | | | $444,358.84 |
| 41 | 3264a54a-1218-46b6-ac7d-1d7773995563 | On file | Customer | Contingent | | | $436,365.03 |
| 42 | db61b2ac-da20-4304-9c5e-9285060cc799 | On file | Customer | | | | $433,506.21 |
| 43 | 2482db41-3e56-4a7b-b3a1-c332df465fa9 | On file | Customer | Contingent | | | $424,769.05 |
| 44 | b59cdaee-c5c7-4914-8741-335a0bd25e41 | On file | Customer | Contingent | | | $421,533.64 |

Debtor  Desolation Holdings LLC, et al.,                    Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code UUID | Name, telephone number, and email address of creditor | Nature of the claim (for example, trade debts, bank loans, services, and | Indicate if claim is or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 | On file | Customer | Contingent | | | $416,699.31 |
| 46 0d372cc9-9c01-40ab-996a-28f0032b2a26 | On file | Customer | Contingent | | | $395,877.60 |
| 47 93ec913d-a376-4c3a-8844-93daf932b7d6 | On file | Customer | | | | $387,569.35 |
| 48 1fc8d534-be33-4884-bc54-edbab65f5b13 | On file | Customer | Contingent | | | $385,442.01 |
| 49 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f | On file | Customer | Contingent | | | $384,286.59 |
| 50 Securities and Exchange Commission 100 Pearl Street, Suite 20-100 New York, New York 10004 | 212-336-1100 | Litigation | Contingent, unliquidated, and disputed | | | Undetermined |