## Schedule 1

**Exact Duplicate Claims**

**Eighth Omnibus Objection (Non-Substantive)**
**Schedule 1 – Exact Duplicate Claims**

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 1. | Redacted Customer Name | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1607 | | $4,302.15 | Redacted Customer Name | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1548 | $4,302.15 | N/A |
| 2. | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-373 | | N/A | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-372 | N/A | N/A |
| 3. | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-374 | | N/A | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-372 | N/A | N/A |
| 4. | Redacted Customer Name | 12/15/2023 | 23-10598 / Bittrex, Inc. | C598-1793 | | N/A | Redacted Customer Name | 7/6/2023 | 23-10598 / Bittrex, Inc. | C598-22 | N/A | N/A |
| 5. | 56061a52-0868-40c3-b0dc-df63aa771476 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10229 | Bitcoin (BTC) - 0.0004961, Patientory (PTOY) - 200.00, ReddCoin (RDD) - 10000, Siacoin (SC) - 10000, Verge (XVG) - 1000 | $46.07 | 56061a52-0868-40c3-b0dc-df63aa771476 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10228 | $46.07 | Bitcoin (BTC) - 0.0004961, Patientory (PTOY) - 200.00, ReddCoin (RDD) - 10000, Siacoin (SC) - 10000, Verge (XVG) - 1000 |
| 6. | Redacted Customer Name | 12/5/2023 | 23-10597 / Desolation Holdings LLC | C597-916 | Bitcoin (BTC) - UND, Tap (XTP) - UND, Tether (USDT) - UND | $352.00 | Redacted Customer Name | 12/5/2023 | 23-10597 / Desolation Holdings LLC | C597-909 | $352.00 | Bitcoin (BTC) - UND, Tap (XTP) - UND, Tether (USDT) - UND |
| 7. | Redacted Customer Name | 11/27/2023 | 23-10597 / Desolation Holdings LLC | C597-838 | | N/A | Redacted Customer Name | 11/22/2023 | 23-10597 / Desolation Holdings LLC | C597-804 | N/A | N/A |
| 8. | Redacted Customer Name | 1/24/2023 | 23-10597 / Desolation Holdings LLC | C597-895 | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 | N/A | Redacted Customer Name | 1/24/2023 | 23-10597 / Desolation Holdings LLC | C597-894 | N/A | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 |
| 9. | Redacted Customer Name | 12/16/2023 | 23-10597 / Desolation Holdings LLC | C597-975 | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 | N/A | Redacted Customer Name | 1/24/2023 | 23-10597 / Desolation Holdings LLC | C597-894 | N/A | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 |
| 10. | Redacted Customer Name | 12/16/2023 | 23-10597 / Desolation Holdings LLC | C597-976 | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 | N/A | Redacted Customer Name | 1/24/2023 | 23-10597 / Desolation Holdings LLC | C597-894 | N/A | Cardano (ADA) - 1502.02920755, Dogecoin (DOGE) - 5000.00000001, VeChain (VET) - 1200.00000000, XRP (XRP) - 3000.00000000 |
| 11. | f75a8cbf-8228-41a0-9b31-30196aa356ba | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10132 | Cardano (ADA) - 171, Cosmos (ATOM) - 1, Decentraland (MANA) - 9.4, Hedera (HBAR) - 2150 | $479.00 | f75a8cbf-8228-41a0-9b31-30196aa356ba | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10131 | $479.00 | Cardano (ADA) - 171, Cosmos (ATOM) - 1, Decentraland (MANA) - 9.4, Hedera (HBAR) - 2150 |
| 12. | 37fa4161-7680-4fa0-9d37-b34095d38f64 | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1584 | Aragon (ANT) - 30, Bitcoin (BTC) - 0.37587011, CloakCoin (CLOAK) - 26.0, Neo (NEO) - 67, Stellar Lumens (XLM) - 50 | N/A | 37fa4161-7680-4fa0-9d37-b34095d38f64 | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1583 | N/A | Aragon (ANT) - 30, Bitcoin (BTC) - 0.37587011, CloakCoin (CLOAK) - 26.0, Neo (NEO) - 67, Stellar Lumens (XLM) - 50 |
| 13. | 37fa4161-7680-4fa0-9d37-b34095d38f64 | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1585 | Aragon (ANT) - 30, Bitcoin (BTC) - 0.37587011, CloakCoin (CLOAK) - 26.0, Neo (NEO) - 67, Stellar Lumens (XLM) - 50 | N/A | 37fa4161-7680-4fa0-9d37-b34095d38f64 | 11/16/2023 | 23-10598 / Bittrex, Inc. | C598-1583 | N/A | Aragon (ANT) - 30, Bitcoin (BTC) - 0.37587011, CloakCoin (CLOAK) - 26.0, Neo (NEO) - 67, Stellar Lumens (XLM) - 50 |
| 14. | 0236412e-b1af-43a7-bdec-d4d4225557e9 | 12/29/2023 | 23-10598 / Bittrex, Inc. | C598-1849 | Cardano (ADA) - 2538.07078846 | $2,538.07 | 0236412e-b1af-43a7-bdec-d4d4225557e9 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-527 | $2,538.07 | Cardano (ADA) - 2538.07078846 |
| 15. | 87e46109-e45c-49cc-a16e-4db9862a7998 | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2043 | Bitcoin (BTC) - 0.019, Sequence (SEQ) - 99.8 | N/A | 87e46109-e45c-49cc-a16e-4db9862a7998 | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2042 | N/A | Bitcoin (BTC) - 0.019, Sequence (SEQ) - 99.8 |
| 16. | 981b4914-a660-4ab7-8fd8-624333c630db | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10940 | | N/A | 981b4914-a660-4ab7-8fd8-624333c630db | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10101 | N/A | |
| 17. | cc614282-e0a5-4510-ae92-cd5070accd1a | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10033 | | $244.37 | cc614282-e0a5-4510-ae92-cd5070accd1a | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-64 | $244.37 | |
| 18. | bf596f57-d038-4592-a930-c420174d89cd | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-480 | RavenCoin (RVN) - 20210 | $362.13 | bf596f57-d038-4592-a930-c420174d89cd | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-367 | $362.13 | RavenCoin (RVN) - 20210 |
| 19. | c97f52d5-8c38-4b99-883b-aae9ae33d81f | 12/5/2023 | 23-10598 / Bittrex, Inc. | C598-1738 | Bitcoin (BTC) - 0.37121500, Ethereum (ETH) - 12.08673809, EthereumPoW (ETHW) - 12.08673809, Litecoin (LTC) - 7.51349858 | N/A | c97f52d5-8c38-4b99-883b-aae9ae33d81f | 12/5/2023 | 23-10598 / Bittrex, Inc. | C598-1709 | N/A | Bitcoin (BTC) - 0.37121500, Ethereum (ETH) - 12.08673809, EthereumPoW (ETHW) - 12.08673809, Litecoin (LTC) - 7.51349858 |
| 20. | aa81911b-fa6e-4ee1-a3ab-58336151c902 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10702 | 0x Protocol (ZRX) - 1400, Bitcoin (BTC) - 0.2359, SolveCare (SOLVE) - 5000 | N/A | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10484 | N/A | 0x Protocol (ZRX) - 1400, Bitcoin (BTC) - 0.2359, SolveCare (SOLVE) - 5000 |
| 21. | Redacted Customer Name | 12/7/2023 | 23-10597 / Desolation Holdings LLC | C597-929 | | N/A | Redacted Customer Name | 12/7/2023 | 23-10597 / Desolation Holdings LLC | C597-928 | N/A | |
| 22. | Redacted Customer Name | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-849 | | $1,858.77 | Redacted Customer Name | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10025 | $1,858.77 | |
| 23. | e21929fb-04ac-4445-b80d-f00f6c3e78eb0 | 9/20/2023 | 23-10597 / Desolation Holdings LLC | C597-363 | Bitcoin (BTC) - 5.62924204, EOS (EOS) - 4.87162545, Ethereum (ETH) - 0.05740733, EthereumPoW (ETHW) - 0.05740733, Neo (NEO) - 0.64647651, Nexus (NXS) - 0.83104864, XRP (XRP) - 122076 | $224,982.63 | e21929fb-04ac-4445-b80d-f00f6c3e78eb0 | 10/20/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C597-545 | $224,982.63 | Bitcoin (BTC) - 5.62924204, EOS (EOS) - 4.87162545, Ethereum (ETH) - 0.05740733, EthereumPoW (ETHW) - 0.05740733, Neo (NEO) - 0.64647651, Nexus (NXS) - 0.83104864, XRP (XRP) - 122076 |
| 24. | Redacted Customer Name | 12/21/2023 | 23-10597 / Desolation Holdings LLC | C597-996 | | N/A | Redacted Customer Name | 12/9/2023 | 23-10597 / Desolation Holdings LLC | C597-944 | N/A | |
| 25. | Redacted Customer Name | 12/21/2023 | 23-10597 / Desolation Holdings LLC | C597-997 | | N/A | Redacted Customer Name | 12/9/2023 | 23-10597 / Desolation Holdings LLC | C597-944 | N/A | |
| 26. | Redacted Customer Name | 12/21/2023 | 23-10597 / Desolation Holdings LLC | C597-998 | | N/A | Redacted Customer Name | 12/9/2023 | 23-10597 / Desolation Holdings LLC | C597-944 | N/A | |
| 27. | Redacted Customer Name | 8/27/2023 | 23-10597 / Desolation Holdings LLC | C597-293 | | N/A | Redacted Customer Name | 8/27/2023 | 23-10597 / Desolation Holdings LLC | C597-290 | N/A | |
| 28. | Redacted Customer Name | 8/11/2023 | 23-10597 / Desolation Holdings LLC | C597-601 | | $161.50 | Redacted Customer Name | 7/24/2023 | 23-10597 / Desolation Holdings LLC | C597-88 | $161.50 | |
| 29. | Redacted Customer Name | 1/22/2024 | 23-10597 / Desolation Holdings LLC | C597-1132 | | $161.50 | Redacted Customer Name | 7/24/2023 | 23-10597 / Desolation Holdings LLC | C597-88 | $161.50 | |
| 30. | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2027 | | N/A | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2026 | N/A | |
| 31. | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-393 | | N/A | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-392 | N/A | |
| 32. | Redacted Customer Name | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10211 | Bitcoin (BTC) - UND | $62.38 | Redacted Customer Name | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10208 | $62.38 | Bitcoin (BTC) - UND |
| 33. | Redacted Customer Name | 12/13/2023 | 23-10598 / Bittrex, Inc. | C597-959 | | N/A | Redacted Customer Name | 12/13/2023 | 23-10597 / Desolation Holdings LLC | C597-958 | N/A | |
| 34. | Redacted Customer Name | 11/15/2023 | 23-10597 / Desolation Holdings LLC | C597-722 | Bitcoin (BTC) - 0.5489 | $11.83 | Redacted Customer Name | 11/15/2023 | 23-10597 / Desolation Holdings LLC | C597-721 | $11.83 | Bitcoin (BTC) - 0.5489 |
| 35. | Redacted Customer Name | 12/19/2023 | 23-10598 / Bittrex, Inc. | C598-1814 | | $7,500.00 | Redacted Customer Name | 12/19/2023 | 23-10598 / Bittrex, Inc. | C598-1813 | $7,500.00 | |
| 36. | Redacted Customer Name | 11/23/2023 | 23-10597 / Desolation Holdings LLC | C597-805 | | N/A | Redacted Customer Name | 8/10/2023 | 23-10597 / Desolation Holdings LLC | C597-401 | N/A | |
| 37. | Redacted Customer Name | 11/23/2023 | 23-10597 / Desolation Holdings LLC | C597-806 | | N/A | Redacted Customer Name | 8/10/2023 | 23-10597 / Desolation Holdings LLC | C597-401 | N/A | |

**Eighth Omnibus Objection (Non-Substantive)**
**Schedule 1 – Exact Duplicate Claims**

| | | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 38. | Redacted Customer Name | 11/24/2023 | 23-10597 / Desolation Holdings LLC | C597-810 | N/A | N/A | 8/10/2023 | 23-10597 / Desolation Holdings LLC | C597-401 | N/A | N/A |
| 39. | Redacted Customer Name | 11/24/2023 | 23-10597 / Desolation Holdings LLC | C597-811 | N/A | N/A | 8/10/2023 | 23-10597 / Desolation Holdings LLC | C597-401 | N/A | N/A |
| 40. | Redacted Customer Name | 11/24/2023 | 23-10597 / Desolation Holdings LLC | C597-812 | N/A | N/A | 8/10/2023 | 23-10597 / Desolation Holdings LLC | C597-401 | N/A | N/A |
| 41. | d3ab78df-54e1-4133-95c7-2529fa7a7aac | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-1176 | $236.41 | Neo (NEO) - 0.975, STEEM (STEEM) - 1431.78043487 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-1175 | $236.41 | Neo (NEO) - 0.975, STEEM (STEEM) - 1431.78043487 |
| 42. | 8d889ca4-a400-499c-9935-ea489ccd4aaf | 1/22/2024 | 23-10598 / Bittrex, Inc. | C598-1955 | N/A | Bitcoin (BTC) - 0.02656384, Solve.Care (SOLVE) - 0.02653730 | 1/22/2024 | 23-10598 / Bittrex, Inc. | C598-1954 | N/A | Bitcoin (BTC) - 0.02656384, Solve.Care (SOLVE) - 0.02653730 |
| 43. | Redacted Customer Name | 12/5/2023 | 23-10598 / Bittrex, Inc. | C598-1736 | $8,107.40 | Ardor (ARDR) - 287, Bitcoin (BTC) - 0.014, Dent (DENT) - 7500, DigiByte (DGB) - 1667, HempCoin (THC) - 450, OMG Network (OMG) - 16.52, SALT (SALT) - 41.74, Siacoin (SC) - 5000, VeChain (VET) - 26.97 | 12/5/2023 | 23-10598 / Bittrex, Inc. | C598-1735 | $8,107.40 | Ardor (ARDR) - 287, Bitcoin (BTC) - 0.014, Dent (DENT) - 7500, DigiByte (DGB) - 1667, HempCoin (THC) - 450, OMG Network (OMG) - 16.52, SALT (SALT) - 41.74, Siacoin (SC) - 5000, VeChain (VET) - 26.97 |
| 44. | e011841b-22c1-4b14-94e5-cc1cd7c5933c | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-755 | N/A | Bitcoin (BTC) - 0.0072, Cardano (ADA) - 155.82, Ethereum (ETH) - 0.1391 | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-754 | N/A | Bitcoin (BTC) - 0.0072, Cardano (ADA) - 155.82, Ethereum (ETH) - 0.1391 |
| 45. | f371732-833a-49ab-81a6-5291a1ae63de | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10014 | $498.68 | N/A | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10013 | $498.68 | N/A |
| 46. | Redacted Customer Name | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-797 | N/A | N/A | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-786 | N/A | N/A |
| 47. | Redacted Customer Name | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-784 | $4,302.15 | N/A | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-763 | $4,302.15 | N/A |
| 48. | Redacted Customer Name | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-795 | $4,302.15 | N/A | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-763 | $4,302.15 | N/A |
| 49. | Redacted Customer Name | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-548 | $2,234.00 | N/A | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-547 | $2,234.00 | N/A |
| 50. | d754df15-830f-4aff-a700-7eb584cbd335 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10270 | $190.68 | Bitcoin (BTC) - 0.003093, DigiByte (DGB) - 16640 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10267 | $190.68 | Bitcoin (BTC) - 0.003093, DigiByte (DGB) - 16640 |
| 51. | Redacted Customer Name | 12/17/2023 | 23-10597 / Desolation Holdings LLC | C597-985 | N/A | N/A | 12/17/2023 | 23-10597 / Desolation Holdings LLC | C597-977 | N/A | N/A |
| 52. | aebe3d3b-7c5b-4ee9-8718-cfa16899ec22 | 11/3/2023 | 23-10598 / Bittrex, Inc. | C598-1410 | N/A | Bitcoin (BTC) - 0.09861689, Dogecoin (DOGE) - 5324.63122431 | 10/5/2023 | 23-10598 / Bittrex, Inc. | C598-1307 | N/A | Bitcoin (BTC) - 0.09861689, Dogecoin (DOGE) - 5324.63122431 |
| 53. | aebe3d3b-7c5b-4ee9-8718-cfa16899ec22 | 11/3/2023 | 23-10598 / Bittrex, Inc. | C598-1411 | N/A | Bitcoin (BTC) - 0.09861689, Dogecoin (DOGE) - 5324.63122431 | 10/5/2023 | 23-10598 / Bittrex, Inc. | C598-1307 | N/A | Bitcoin (BTC) - 0.09861689, Dogecoin (DOGE) - 5324.63122431 |
| 54. | e31bd091-0860-4443-a145-d0f3430f8230 | 11/21/2023 | 23-10597 / Desolation Holdings LLC | C597-792 | N/A | Bitcoin (BTC) - 0.29621799 | 11/21/2023 | 23-10597 / Desolation Holdings LLC | C597-791 | N/A | Bitcoin (BTC) - 0.29621799 |
| 55. | Redacted Customer Name | 11/3/2023 | 23-10597 / Desolation Holdings LLC | C597-603 | N/A | N/A | 11/3/2023 | 23-10597 / Desolation Holdings LLC | C597-602 | N/A | N/A |
| 56. | Redacted Customer Name | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-756 | $895.98 | N/A | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10355 | $895.98 | N/A |
| 57. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-655 | $128.00 | N/A | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-654 | $128.00 | N/A |
| 58. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-656 | $325.68 | N/A | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-654 | $325.68 | N/A |
| 59. | 2cda09c7-2bac-4b79-a1f6-10e2cc5c3caf | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-608 | $226.26 | Cardano (ADA) - UND, Hive (HIVE) - UND, NEM (XEM) - UND, ReddCoin (RDD) - UND, STEEM (STEEM) - UND, TRON (TRX) - UND | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-353 | $226.26 | Cardano (ADA) - UND, Hive (HIVE) - UND, NEM (XEM) - UND, ReddCoin (RDD) - UND, STEEM (STEEM) - UND, TRON (TRX) - UND |
| 60. | 5cc4d5af-0f59-41bd-8b4a-6dcfa5dd4c34 | 1/26/2024 | 23-10600 / Bittrex Malta Ltd. | C600-179 | N/A | Bitcoin (BTC) - 0.17408037 | 1/19/2024 | 23-10600 / Bittrex Malta Ltd. | C600-177 | N/A | Bitcoin (BTC) - 0.17408037 |
| 61. | dcbf597c-42ee-421f-9460-aca853ec3938 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1183 | $1,977.89 | Bitcoin (BTC) - 0.07214 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1185 | $1,977.89 | Bitcoin (BTC) - 0.07214 |
| 62. | Redacted Customer Name | 11/25/2023 | 23-10598 / Bittrex, Inc. | C598-1669 | $9,995.00 | Bitcoin (BTC) - 0.315957 | 9/15/2023 | 23-10598 / Bittrex, Inc. | C598-1263 | $9,995.00 | Bitcoin (BTC) - 0.315957 |
| 63. | Redacted Customer Name | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C598-1038 | $128.00 | N/A | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C598-781 | $128.00 | N/A |
| 64. | 2cda09c7-2bac-4b79-a1f6-10e2cc5c3caf | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C598-10423 | $325.68 | N/A | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C598-10421 | $325.68 | N/A |
| 65. | Redacted Customer Name | 12/6/2023 | 23-10598 / Bittrex, Inc. | C598-1741 | $4,308.72 | Ardor (ARDR) - 16, Bitcoin (BTC) - 0.02, Bitcoin Cash (BCHN) (BCH) - 0.00580995, Bitcoin Cash ABC (BCHA) - 0.00580995, Golem Network Token (GLM) - 10, Patientory (PTOY) - 8, ReddCoin (RDD) - 1600.00000000, Siacoin (SC) - 790, Stellar Lumens (XLM) - 8.41648141, Stratis (STRAX) - 0.02800000, XRP (XRP) - 5 | 12/6/2023 | 23-10598 / Bittrex, Inc. | C598-1740 | $4,308.72 | Ardor (ARDR) - 16, Bitcoin (BTC) - 0.02, Bitcoin Cash (BCHN) (BCH) - 0.00580995, Bitcoin Cash ABC (BCHA) - 0.00580995, Golem Network Token (GLM) - 10, Patientory (PTOY) - 8, ReddCoin (RDD) - 1600.00000000, Siacoin (SC) - 790, Stellar Lumens (XLM) - 8.41648141, Stratis (STRAX) - 0.02800000, XRP (XRP) - 5 |
| 66. | 7edf81ad-2639-4bb7-b27e-583a4e5f6e6e | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1920 | $1,500.00 | Bitcoin (BTC) - 0.03417871 | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1919 | $1,500.00 | Bitcoin (BTC) - 0.03417871 |
| 67. | Redacted Customer Name | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-60 | $65.00 | N/A | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-59 | $65.00 | N/A |
| 68. | Redacted Customer Name | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-61 | $65.00 | N/A | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-59 | $65.00 | N/A |
| 69. | Redacted Customer Name | 8/24/2023 | 23-10597 / Desolation Holdings LLC | C597-415 | N/A | N/A | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-414 | N/A | N/A |
| 70. | Redacted Customer Name | 12/4/2023 | 23-10598 / Bittrex, Inc. | C598-1728 | $120.24 | Bitcoin (BTC) - 0.00287339 | 12/4/2023 | 23-10598 / Bittrex, Inc. | C598-1727 | $120.24 | Bitcoin (BTC) - 0.00287339 |
| 71. | 97b5519e-e886-4fe8-ae48-3822c7f7cfea | 12/18/2023 | 23-10597 / Desolation Holdings LLC | C597-987 | N/A | Dogecoin (DOGE) - 19273.217 | 12/18/2023 | 23-10597 / Desolation Holdings LLC | C597-986 | N/A | Dogecoin (DOGE) - 19273.217 |
| 72. | Redacted Customer Name | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10382 | $100,000.00 | Bitcoin (BTC) - 0.74, Dogecoin (DOGE) - 150000, Ethereum (ETH) - 15, Monero (XMR) - 120, Verge (XVG) - 1500000, XRP (XRP) - 148000 | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10381 | $100,000.00 | Bitcoin (BTC) - 0.74, Dogecoin (DOGE) - 150000, Ethereum (ETH) - 15, Monero (XMR) - 120, Verge (XVG) - 1500000, XRP (XRP) - 148000 |
| 73. | Redacted Customer Name | 9/5/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10037 | $189.00 | Bitcoin (BTC) - 0.00367862, Lisk (LSK) - 111.88653832 | 9/5/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10036 | $189.00 | Bitcoin (BTC) - 0.00367862, Lisk (LSK) - 111.88653832 |
| 74. | 1c360ba8-70ed-45d3-96cc-8323925e9e36 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10354 | $195.51 | Bitcoin (BTC) - UND, Dash (DASH) - UND | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10211 | $195.51 | Bitcoin (BTC) - UND, Dash (DASH) - UND |

**Eighth Omnibus Objection (Non-Substantive)**
**Schedule 1 – Exact Duplicate Claims**

| No. | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 75. | 34f08c2a-db30-4454-a3a8-89a1e94b3372 | 11/8/2023 | 23-10598 / Bittrex, Inc. | C598-1473 | $8,308.72 | Loom Network (LOOM) - UND, Navcoin (NAV) - UND, Solana (SOL) - UND | 34f08c2a-db30-4454-a3a8-89a1e94b3372 | 11/6/2023 | 23-10598 / Bittrex, Inc. | C598-1472 | $8,308.72 | Loom Network (LOOM) - UND, Navcoin (NAV) - UND, Solana (SOL) - UND |
| 76. | Redacted Customer Name | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-796 | N/A | N/A | Redacted Customer Name | 11/19/2023 | 23-10597 / Desolation Holdings LLC | C597-785 | N/A | N/A |
| 77. | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10153 | $77.20 | Siacoin (SC) - 21375.37768245, Tether (USDT) - 0.34086059 | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10152 | $77.20 | Siacoin (SC) - 21375.37768245, Tether (USDT) - 0.34086059 |
| 78. | d32f87c99-94fd-4db7-9537-3f1d827b67c1 | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11137 | $233.77 | Bitcoin (BTC) - 1 | d32f87c99-94fd-4db7-a537-3f1d827b67c1 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10246 | $233.77 | Bitcoin (BTC) - 1 |
| 79. | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10517 | $68.83 | Bitcoin (BTC) - 0.00002478, Bitcoin Cash (BCHN) (BCH) - 0.07058045, Bitcoin SV (BSV) - 0.07058045, Ethereum (ETH) - 0.42465062, EthereumPoW (ETHW) - 0.42465062, Groestlcoin (GRS) - 100, Neo (NEO) - 151.0, OMG Network (OMG) - 41, Vertcoin (VTC) - 405.85818011 | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10513 | $68.83 | Bitcoin (BTC) - 0.00002478, Bitcoin Cash (BCHN) (BCH) - 0.07058045, Bitcoin SV (BSV) - 0.07058045, Ethereum (ETH) - 0.42465062, EthereumPoW (ETHW) - 0.42465062, Groestlcoin (GRS) - 100, Neo (NEO) - 151.0, OMG Network (OMG) - 41, Vertcoin (VTC) - 405.85818011 |
| 80. | Redacted Customer Name | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-793 | N/A | N/A | Redacted Customer Name | 11/17/2023 | 23-10597 / Desolation Holdings LLC | C597-782 | N/A | N/A |
| 81. | Redacted Customer Name | 12/18/2023 | 23-10597 / Desolation Holdings LLC | C597-982 | $8,029.00 | Ark (ARK) - 19.87695240, BitTorrent (BTT) - 12998742.181, Verge (XVG) - 53359.81599900, Zilliqa (ZIL) - 99.98800000 | Redacted Customer Name | 12/18/2023 | 23-10597 / Desolation Holdings LLC | C597-981 | $8,029.00 | Ark (ARK) - 19.87695240, BitTorrent (BTT) - 12998742.181, Verge (XVG) - 53359.81599900, Zilliqa (ZIL) - 99.98800000 |
| 82. | 1a1ecd24-9811-4a2a-bd89-68d74701e349 | 10/30/2023 | 23-10598 / Bittrex, Inc. | C598-1391 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 1a1ecd24-9811-4a2a-bd89-68d74701e349 | 10/30/2023 | 23-10598 / Bittrex, Inc. | C598-1390 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 83. | b91e219e-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1402 | N/A | | b91c219e-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | |
| 84. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-645 | N/A | N/A | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-661 | N/A | N/A |
| 85. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-646 | N/A | N/A | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-661 | N/A | N/A |
| 86. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-647 | N/A | N/A | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-661 | N/A | N/A |
| 87. | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-662 | N/A | N/A | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-661 | N/A | N/A |
| 88. | Redacted Customer Name | 11/25/2023 | 23-10597 / Desolation Holdings LLC | C597-822 | N/A | N/A | Redacted Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-661 | N/A | N/A |
| 89. | Redacted Customer Name | 11/9/2023 | 23-10597 / Desolation Holdings LLC | C597-1166 | $8,400.00 | N/A | Redacted Customer Name | 2/5/2024 | 23-10597 / Desolation Holdings LLC | C597-1165 | $8,400.00 | N/A |
| 90. | Redacted Customer Name | 2/5/2024 | 23-10597 / Desolation Holdings LLC | C597-1167 | $8,400.00 | N/A | Redacted Customer Name | 2/5/2024 | 23-10597 / Desolation Holdings LLC | C597-1165 | $8,400.00 | N/A |
| 91. | Redacted Customer Name | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-483 | N/A | N/A | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-436 | N/A | N/A |
| 92. | Redacted Customer Name | 12/17/2023 | 23-10597 / Desolation Holdings LLC | C597-984 | N/A | N/A | Redacted Customer Name | 12/17/2023 | 23-10597 / Desolation Holdings LLC | C597-983 | N/A | N/A |
| 93. | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-676 | $8,702.15 | N/A | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-675 | $8,702.15 | N/A |
| 94. | 571f6ad84-b9c2-4185-bd11-16679b0789 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-680 | $46.40 | Dogecoin (DOGE) - UND, Litecoin (LTC) - UND | 571f6ad84-b9c2-4185-bd11-16679b0789 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-679 | $46.40 | Dogecoin (DOGE) - UND, Litecoin (LTC) - UND |
| 95. | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2019 | $8,672.59 | Dogecoin (DOGE) - UND | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2018 | $8,672.59 | Dogecoin (DOGE) - UND |
| 96. | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2020 | $8,672.59 | Dogecoin (DOGE) - UND | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2018 | $8,672.59 | Dogecoin (DOGE) - UND |
| 97. | f351a109-b343-4684-8f26-c0b49bf6b587 | 12/4/2023 | 23-10598 / Bittrex, Inc. | C598-1719 | $1,216.93 | Dogecoin (DOGE) - 896.55189931, Tether (USDT) - 151.18191971, Verge (XVG) - 3637.45748299 | f351a109-b343-4684-8f26-c0b49bf6b587 | 12/4/2023 | 23-10598 / Bittrex, Inc. | C598-1715 | $1,216.93 | Dogecoin (DOGE) - 896.55189931, Tether (USDT) - 151.18191971, Verge (XVG) - 3637.45748299 |
| 98. | Redacted Customer Name | 12/3/2023 | 23-10597 / Desolation Holdings LLC | C597-901 | N/A | N/A | Redacted Customer Name | 12/3/2023 | 23-10597 / Desolation Holdings LLC | C597-900 | N/A | N/A |
| 99. | Redacted Customer Name | 12/3/2023 | 23-10600 / Bittrex Malta Ltd. | C600-155 | $114.92 | Bitcoin (BTC) - 0.01142551, Neo (NEO) - 1.64477297 | Redacted Customer Name | 12/3/2023 | 23-10600 / Bittrex Malta Ltd. | C600-154 | $114.92 | Bitcoin (BTC) - 0.01142551, Neo (NEO) - 1.64477297 |
| 100. | Redacted Customer Name | 12/22/2023 | 23-10597 / Desolation Holdings LLC | C597-1005 | $8,308.72 | N/A | Redacted Customer Name | 12/22/2023 | 23-10597 / Desolation Holdings LLC | C597-1004 | $8,308.72 | N/A |
| 101. | 37555ef1-7214-4e12-a91a | 11/5/2023 | 23-10598 / Bittrex, Inc. | C598-1462 | $8,308.72 | USD Coin (USDC) - 8308.72 | Redacted Customer Name | 11/5/2023 | 23-10598 / Bittrex, Inc. | C598-1461 | $8,308.72 | USD Coin (USDC) - 8308.72 |
| 102. | Redacted Customer Name | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10638 | $218,356.46 | USD Coin (USDC) - UND | Redacted Customer Name | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-571 | $218,356.46 | USD Coin (USDC) - UND |
| 103. | Redacted Customer Name | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-794 | N/A | N/A | Redacted Customer Name | 11/18/2023 | 23-10597 / Desolation Holdings LLC | C597-783 | N/A | N/A |
| 104. | 1baaded2-3128-447f-97da-37ce87d04a29 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1064 | $340.63 | Bitcoin (BTC) - 0.01142551, Neo (NEO) - 1.64477297 | 1baaded2-3128-447f-97da-37ce87d04a29 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-812 | $340.63 | Bitcoin (BTC) - 0.01142551, Neo (NEO) - 1.64477297 |
| 105. | Redacted Customer Name | 2/4/2024 | 23-10597 / Desolation Holdings LLC | C597-1164 | $8,672.59 | XRP (XRP) - 500 | Redacted Customer Name | 2/4/2024 | 23-10597 / Desolation Holdings LLC | C597-1163 | $8,672.59 | XRP (XRP) - 500 |
| 106. | Redacted Customer Name | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-453 | N/A | N/A | Redacted Customer Name | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-451 | N/A | N/A |
| 107. | Redacted Customer Name | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-452 | N/A | N/A | Redacted Customer Name | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-451 | N/A | N/A |
| 108. | Redacted Customer Name | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-455 | N/A | N/A | Redacted Customer Name | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-454 | N/A | N/A |
| 109. | Redacted Customer Name | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-456 | N/A | N/A | Redacted Customer Name | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-454 | N/A | N/A |
| 110. | 52fe86f1c0a90-4d99-a27d-7709a9eb96cc | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10090 | $86.18 | Bitcoin (BTC) - 0.000005470, Ethereum (ETH) - 0.00007879, EthereumPoW (ETHW) - 0.00007879, Hedera (HBAR) - 1000 | 52fe86f1c0a90-4d99-a27d-7709a9eb96cc | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10089 | $86.18 | Bitcoin (BTC) - 0.000005470, Ethereum (ETH) - 0.00007879, EthereumPoW (ETHW) - 0.00007879, Hedera (HBAR) - 1000 |
| 111. | Redacted Customer Name | 11/27/2023 | 23-10597 / Desolation Holdings LLC | C597-942 | N/A | N/A | Redacted Customer Name | 11/2/2023 | 23-10597 / Desolation Holdings LLC | C597-598 | N/A | N/A |
| 112. | Redacted Customer Name | 11/19/2023 | 23-10598 / Bittrex, Inc. | C598-1618 | $8,007.00 | Bitcoin (BTC) - 0.06805791, Ethereum (ETH) - 0.54421091, Litecoin (LTC) - 4.35773338, Metal (MTL) - 40, PotCoin (POT) - 596, ReddCoin (RDD) - 6000, Siacoin (SC) - 2000 | Redacted Customer Name | 11/19/2023 | 23-10598 / Bittrex, Inc. | C598-1617 | $8,007.00 | Bitcoin (BTC) - 0.06805791, Ethereum (ETH) - 0.54421091, Litecoin (LTC) - 4.35773338, Metal (MTL) - 40, PotCoin (POT) - 596, ReddCoin (RDD) - 6000, Siacoin (SC) - 2000 |

**Eighth Omnibus Objection (Non-Substantive)**
**Schedule 1 – Exact Duplicate Claims**

| No. | DUPLICATE CLAIM TO BE DISALLOWED ||||||| REMAINING CLAIM ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 113. | Redacted Customer Name | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-647 | $200,000.00 | Bitcoin (BTC) - UND | Redacted Customer Name | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-646 | $200,000.00 | Bitcoin (BTC) - UND |
| 114. | 6cdcd955-cc6e-4126-8c7c-ba66aba86db2 | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1913 | $8,672.59 | N/A | 6cdcd955-cc6e-4126-8c7c-ba66aba86db2 | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1912 | $8,672.59 | N/A |
| 115. | 6cdcd955-cc6e-4126-8c7c-ba66aba86db2 | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1914 | $8,672.59 | N/A | 6cdcd955-cc6e-4126-8c7c-ba66aba86db2 | 1/16/2024 | 23-10598 / Bittrex, Inc. | C598-1912 | $8,672.59 | N/A |
| 116. | Redacted Customer Name | 2/7/2024 | 23-10597 / Desolation Holdings LLC | C597-1189 | N/A | Ark (ARK) - 4.51654125, Bitcoin (BTC) - 0.21498379, Nexus (NXS) - 51.01671687, OMG Network (OMG) - 16.80312500, Pivx (PIVX) - 49.1342248, Siacoin (SC) - 35884.63983051, Wings DAO (WINGS) - 264.64921875 | Redacted Customer Name | 2/5/2024 | 23-10597 / Desolation Holdings LLC | C597-1170 | N/A | Ark (ARK) - 4.51654125, Bitcoin (BTC) - 0.21498379, Nexus (NXS) - 51.01671687, OMG Network (OMG) - 16.80312500, Pivx (PIVX) - 49.1342248, Siacoin (SC) - 35884.63983051, Wings DAO (WINGS) - 264.64921875 |