## Schedule 1

**Substantive Duplicate Claims**

Ninth Omnibus Objection (Substantive)

Schedule 1 – Substantive Duplicate Claim

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/ Account ID<br>Name/ Customer Name | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount | Name/ Account ID<br>Name/ Customer Name | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 1. | Redacted Customer ID<br>Redacted Customer Name | 1/3/2024 | 23-10597 / Desolation Holdings LLC | C597-1045 | N/A | N/A | Redacted Customer ID<br>Redacted Customer Name | 1/3/2024 | 23-10597 / Desolation Holdings LLC | C597-1046 | N/A | N/A |
| 2. | Redacted Customer ID<br>Redacted Customer Name | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-346 | $750.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 8/19/2023 | 23-10600 / Bittrex Malta Ltd | C600-24 | N/A | Bitcoin (BTC) - 0.025581 |
| 3. | Redacted Customer ID<br>Redacted Customer Name | 11/6/2023 | 23-10600 / Bittrex Malta Ltd | C600-136 | $17,955.00 | Dogecoin (DOGE) - 17955 | Redacted Customer ID<br>Redacted Customer Name | 11/29/2023 | 23-10600 / Bittrex Malta Ltd | C600-150 | N/A | Dogecoin (DOGE) - 17955 |
| 4. | Redacted Customer ID<br>Redacted Customer Name | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-359 | $658.00 | Tether (USDT) - UND9 13b55ac-5b15-4b9d-aac4-f911daafa4b | Redacted Customer ID<br>Redacted Customer Name | 11/24/2023 | 23-10598 / Bittrex, Inc. | C598-1661 | $700.00 | (SRGNA) - 404633.15(?)591; Tether (USDT) - 658 |
| 5. | Redacted Customer ID<br>Redacted Customer Name | 8/20/2023 | 23-10597 / Desolation Holdings LLC | C597-192 | $558.98 | Bitcoin SV (BSV) - 558.98 | Redacted Customer ID<br>Redacted Customer Name | 8/20/2023 | 23-10598 / Bittrex, Inc. | C598-515 | $122.74 | Bitcoin SV (BSV) - 558.98 |
| 6. | Redacted Customer ID<br>Redacted Customer Name | 11/8/2023 | 23-10597 / Desolation Holdings LLC | C597-630 | N/A | Bitcoin (BTC) - 0.04159456; Dogecoin (DOGE) - 49998, Stellar Lumens (XLM) - 1.65671165990093c7c7d9f-4de0-a3c757-e634eaaf4805 | Redacted Customer ID<br>Redacted Customer Name | 11/8/2023 | 23-10597 / Desolation Holdings LLC | C597-631 | N/A | Bitcoin Cash (BCH) - 0.026b201, Bitcoin SV (BSV) - 0.02565201, DigiByte (DGB) - 1000, DigitalNote (XDN) - 590, Ignis (IGNIS) - 300, NXT (NXT) - 1000 |
| 7. | Redacted Customer ID<br>Redacted Customer Name | 8/10/2023 | 23-10598 / Bittrex, Inc. | C598-310 | $3,672.65 | N/A | Redacted Customer ID<br>Redacted Customer Name | 8/10/2023 | 23-10598 / Bittrex, Inc. | C598-1395 | N/A | Tether (USDT) - 3672.648274 |
| 8. | Redacted Customer ID<br>Redacted Customer Name | 8/10/2023 | 23-10598 / Bittrex, Inc. | C598-1395 | $0.00 | Tether (USDT) - 3672.648274 | Redacted Customer ID<br>Redacted Customer Name | 8/14/2023 | 23-10598 / Bittrex, Inc. | C598-1396 | $1,822.22 | Bitcoin (BTC) - 0.02124597, Cardano (ADA) - 125.00, Ethereum Pow (ETHW) - 0.00035773, Golem Network Token (GLM) - 110.00, Hive (HIVE) - 100.00, NEM (XEM) - 285.00, Neo (NEO) - 20.00148588; OMG Network (OMG) - 14.00, Siacoin (SC) - 5000.00, STEEM (STEEM) - 100.00 |
| 9. | Redacted Customer ID<br>Redacted Customer Name | 8/29/2023 | 23-10597 / Desolation Holdings LLC | C597-10074 | $0.00 | Bitcoin (BTC) - 0.02595; Bitcoin Cash (BCHN) (BCH) - 0.2995; Stellar Lumens (XLM) - 23.96 | Redacted Customer ID<br>Redacted Customer Name | 8/29/2023 | 23-10597 / Desolation Holdings LLC | C597-10072 | $623.65 | Bitcoin (BTC) - 0.000000:106, Cardano (ADA) - .25, Decentraland (MANA) - 1000, Dogecoin (DOGE) - 1000, NEM (XEM) - 49, Neo (NEO) - 2, NXT (NXT) - 500, Reddit coin (RDD) - 1000, Siacoin (SC) - 10000, Status Network Token (SNT) - 1000, Stellar Lumens (XLM) - 200, Verge (XVG) - 1000, XRP (XRP) - 611 |
| 10. | Redacted Customer ID<br>Redacted Customer Name | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-584 | $800.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-489 | $800.00 | N/A |
| 11. | Redacted Customer ID<br>Redacted Customer Name | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-585 | $800.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 9/22/2023 | 23-10598 / Bittrex, Inc. | C598-489 | $800.00 | N/A |
| 12. | Redacted Customer ID<br>Redacted Customer Name | 2/4/2024 | 23-10598 / Bittrex, Inc. | C598-2039 | $6,672.59 | N/A | Redacted Customer ID<br>Redacted Customer Name | 2/4/2024 | 23-10598 / Bittrex, Inc. | C598-2040 | $6,672.59 | N/A |
| 13. | Redacted Customer ID<br>Redacted Customer Name | 11/20/2023 | 23-10598 / Bittrex, Inc. | C598-1621 | $4,308.72 | N/A | Redacted Customer ID<br>Redacted Customer Name | 11/23/2023 | 23-10598 / Bittrex, Inc. | C598-1656 | $4,308.72 | N/A |
| 14. | Redacted Customer ID<br>Redacted Customer Name | 11/20/2023 | 23-10597 / Desolation Holdings LLC | C597-850 | N/A | N/A | Redacted Customer ID<br>Redacted Customer Name | 11/20/2023 | 23-10597 / Desolation Holdings LLC | C597-851 | N/A | N/A |
| 15. | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10597 / Desolation Holdings LLC | C597-851 | $0.00 | Bitcoin (BTC) - 0.00000001300, Cardano (ADA) - 1000, Decentraland (MANA) - 1000, Dogecoin (DOGE) - 1000, NEM (XEM) - 49, Neo (NEO) - 2, NXT (NXT) - 500, Reddit coin (RDD) - 1000, Siacoin (SC) - 10000, Status Network Token (SNT) - 1000, Stellar Lumens (XLM) - 200, Verge (XVG) - 1000, XRP (XRP) - 611 | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10597 / Desolation Holdings LLC | C598-1681 | $5,171.57 | Bitcoin (BTC) - 0.00000001300, Cardano (ADA) - .25, Decentraland (MANA) - 1000, Dogecoin (DOGE) - 1000, NEM (XEM) - 49, Neo (NEO) - 2, NXT (NXT) - 500, Reddit coin (RDD) - 1000, Siacoin (SC) - 10000, Status Network Token (SNT) - 1000, Stellar Lumens (XLM) - 200, Verge (XVG) - 1000, XRP (XRP) - 611 |
| 16. | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10597 / Desolation Holdings LLC | C598-163 | $860.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10597 / Desolation Holdings LLC | C598-1681 | $5,171.57 | Ethereum (ETH) - 0.9789911, EthereumPoW (ETHW) - 0.9985483 |
| 17. | Redacted Customer ID<br>Redacted Customer Name | 7/27/2023 | 23-10598 / Bittrex, Inc. | C598-163 | $1,695.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 8/2/2023 | 23-10598 / Bittrex, Inc. | C598-209 | N/A | Bitcoin (BTC) - 0.12948481 |
| 18. | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10597 / Desolation Holdings LLC | C598-1684 | $347.00 | TRON (TRX) - 3422.778641 | Redacted Customer ID<br>Redacted Customer Name | 11/28/2023 | 23-10598 / Bittrex, Inc. | C598-1685 | $347.00 | TRON (TRX) - 3422.778641 |
| 19. | Redacted Customer ID<br>Redacted Customer Name | 12/18/2023 | 23-10598 / Bittrex, Inc. | C598-1801 | $21,127.66 | Basic Attention Token (BAT) - UND, Bitcoin Cash (BCHN) (BCH) - UND, Bitcoin SV (BSV) - 16.09673134, Bitcoin Vault (BTCV) - UND, Cardano (ADA) - UND, Dogecoin (DOGE) - 37.49 | Redacted Customer ID<br>Redacted Customer Name | 1/5/2024 | 23-10598 / Bittrex, Inc. | C598-1877 | $21,127.66 | Basic Attention Token (BAT) - 9159.1297, Bitcoin Cash (BCHN) - 6.09672813, Bitcoin SV (BSV) - 16.09673134, Bitcoin Vault (BTCV) - 1113.4643470.7 Litecoin (LTC) - 20.09445704, USD Coin (USDC) - UND, XRP (XRP) - 1533.193322 |
| 20. | Redacted Customer ID<br>Redacted Customer Name | 1/13/2024 | 23-10598 / Bittrex, Inc. | C597-1075 | N/A | Bitcoin SV (BSV) - 0.9996929; Litecoin (LTC) - 0.26108236; 0.895512b4 Reddit coin (RDD) - 0.8077059343 | Redacted Customer ID<br>Redacted Customer Name | 1/13/2024 | 23-10598 / Bittrex, Inc. | C598-1906 | N/A | Bitcoin (BTC) - 0.11294681 |
| 21. | Redacted Customer ID<br>Redacted Customer Name | 11/20/2023 | 23-10597 / Desolation Holdings LLC | C597-850 | $4,500.00 | N/A | Redacted Customer ID<br>Redacted Customer Name | 11/20/2023 | 23-10598 / Bittrex, Inc. | C598-1646 | $4,500.00 | N/A |
| 22. | Redacted Customer ID<br>Redacted Customer Name | 10/24/2023 | 23-10598 / Bittrex, Inc. | C598-1355 | $1,900.00 | Cardano (ADA) - 917.10525569; Litecoin (LTC) - 0.26108236 3,459342c0ffd-4f39-b279-bd6a6b66b899 | Redacted Customer ID<br>Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10411 | $1,900.00 | N/A |
| 23. | Redacted Customer ID<br>Redacted Customer Name | 7/27/2023 | 23-10598 / Bittrex, Inc. | C598-178 | $87.40 | Cardano (ADA) - 23.74, Stellar Lumens (XLM) - 24.15, Tether (USDT) - 0.22, USD Coin (USDC) - 37.49 | Redacted Customer ID<br>Redacted Customer Name | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10296 | $76.96 | Cardano (ADA) - 21.38, Stellar Lumens (XLM) - 17.57, Tether (USDT) - 0.21, USD Coin (USDC) - 37.48 |
| 24. | Redacted Customer ID<br>Redacted Customer Name | 9/15/2023 | 23-10597 / Desolation Holdings LLC | C597-355 | $0.03 | N/A | Redacted Customer ID<br>Redacted Customer Name | 9/15/2023 | 23-10598 / Bittrex, Inc. | C597-467 | N/A | N/A |
| 25. | Redacted Customer ID<br>Redacted Customer Name | 11/21/2023 | 23-10598 / Bittrex, Inc. | C598-1599 | $4,308.72 | N/A | Redacted Customer ID<br>Redacted Customer Name | 11/23/2023 | 23-10598 / Bittrex, Inc. | C598-1627 | $4,600.00 | N/A |
| 26. | Redacted Customer ID<br>Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C596-10904 | $1.47 | Cardano (ADA) - 917.10525569; Litecoin (LTC) - 0.26108236 3,459342c0ffd-4f39-b279-bd6a6b66b899 | Redacted Customer ID<br>Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10900 | $1.47 | Cardano (ADA) - 917.10525569, Litecoin (LTC) - 0.26108236 |
| 27. | Redacted Customer ID<br>Redacted Customer Name | 11/4/2024 | 23-10597 / Desolation Holdings LLC | C597-1085 | $6,510.00 | Cardano (ADA) - 1765, Ethereum (ETH) - 0.13126, PowerLedger (PWR) - 100, Siacoin (SC) - 2931, Stellar Lumens (XLM) - 19%; Verge (XVG) - 4161, XRP (XRP) - 150 | Redacted Customer ID<br>Redacted Customer Name | 12/21/2023 | 23-10597 / Desolation Holdings LLC | C597-1001 | $4,302.15 | Cardano (ADA) - 100, Ethereum (ETH) - 0.001399, EthereumPoW (ETHW) - 0.0001399, Flare (FLR) - 60.78, NEM (XEM) - 84.22, TRON (TRX), Pay Token (PAY) - 40.00, XRP (XRP) - 402.29 |
| 28. | Redacted Customer ID<br>Redacted Customer Name | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-365 | $299.83 | N/A | Redacted Customer ID<br>Redacted Customer Name | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-366 | $299.83 | N/A |
| 29. | Redacted Customer ID<br>Redacted Customer Name | 1/22/2024 | 23-10598 / Bittrex, Inc. | C598-1956 | $3,200.00 | Ethereum Classic (ETC) - 38.41031524, Status Network Token (SNT) - 16083.49041000 | Redacted Customer ID<br>Redacted Customer Name | 1/24/2024 | 23-10598 / Bittrex, Inc. | C598-1967 | $3,200.00 | Ethereum Classic (ETC) - 38.41031524, Status Network Token (SNT) - 16083.49041000 |

Ninth Omnibus Objection (Substantive)

Schedule 1 – Substantive Duplicate Claim

| No. | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Case Number/ Debtor | Date Filed | Claim Amount | Coin Amount | Name/ Account ID | Case Number/ Debtor | Date Filed | Claim # | Claim Amount | Coin Amount |
| 30 | 22ed6ea3-7e25-4345fda-85ac3ea839f / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/31/2023 | N/A | N/A | d04797f0c-2ab9-4d7f-8ce5-ac5eba6702e77 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-10797 | $149.02 | Bitcoin (BTC) - 8.132k, … Litecoin (LTC) - 2525, Numeraire (NMR) - 60, OMG Network (OMG) - 3549, SALT (SALT) - 2629 |
| 31 | 22ed6ea3-7e25-4345fda-85ac3ea839f / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 2/4/2024 | $8,672.59 | Bitcoin (BTC) - 8.132k, … | 22ed6ea3-7e25-4345fda-85ac3ea839f / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 2/4/2024 | C598-2031 | $8,672.59 | Bitcoin (BTC) - 8.132k, … Litecoin (LTC) - 2525, Numeraire (NMR) - 60, OMG Network (OMG) - 3549, SALT (SALT) - 2629 |
| 32 | 22ed6ea3-7e25-4345fda-85ac3ea839f / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 2/4/2024 | $8,672.59 | Bitcoin (BTC) - 8.132k, … | 22ed6ea3-7e25-4345fda-85ac3ea839f / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 2/4/2024 | C598-2031 | $8,672.59 | Bitcoin (BTC) - 8.132k, … |
| 33 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/25/2023 | N/A | N/A | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/30/2023 | C597-10102 | N/A | Bitcoin (BTC) - 0.0125, Tether (USDT) - 0.004797 |
| 34 | 3b2a12b5-c1f5-4ab8-baf0-03f54a134f95 / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/30/2023 | $175,000.00 | N/A | 3b2a12b5-c1f5-4ab8-baf0-03f54a134f95 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-10520 | $175,000.00 | Bitcoin (BTC) - 0.367, Dogecoin (DOGE) - 2762226.41 |
| 35 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 9/8/2023 | $175,000.00 | N/A | 3b2a12b5-c1f5-4ab8-baf0-03f54a134f95 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-10520 | $175,000.00 | Bitcoin (BTC) - 0.367, Dogecoin (DOGE) - 2762226.41 |
| 36 | 966e5efd-0eff-4e23-901c-f27ffa1d43bd4 / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 1/31/2024 | N/A | Bitcoin (BTC) - 0.1622.122 | 966e5efd-0eff-4e23-901c-f27fa1d43bd4 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/31/2024 | C598-1999 | N/A | Bitcoin (BTC) - 0.0045650, Dogecoin (DOGE) - 0.00003, WINGS (WINGS) - 495.8989689 |
| 37 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 9/5/2023 | $82.73 | NEM (XEM) - 3332.1939618 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/26/2023 | C598-943 | $82.73 | NEM (XEM) - 3332.1939618 |
| 38 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 11/28/2023 | $1,529.96 | N/A | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/1/2023 | C598-1712 | $1,529.96 | N/A |
| 39 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 10/31/2023 | N/A | Bitcoin Cash (BCHN) (BCH) - 0.005, Flare (FLR) - 37.7375900, HempCoin (THC) - 375, Nexus (NXS) - 40, ZCash (ZEC) - 250 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 10/31/2023 | C597-579 | N/A | Bitcoin Cash (BCHN) (BCH) - 0.0092141, Flare (FLR) - 37.7375900, HempCoin (THC) - 375, Nexus (NXS) - 40, ZCash (ZEC) - 250 |
| 40 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 6/24/2023 | $466.71 | Basic Attention Token (BAT) - 24.3899494, Bean Cash (BITB) - 2195.2281029, BitBay (BAY) - 163.9975800, Bitcoin (BTC) - 0.00000525, Bitcoin Cash (BCHN) (BCH) - 0.00040600, Bitcoin Cash ABC (BCHA) - 0.00040600, Bitshares (BTS) - 35.14720588, Civic (CVC) - 20.0324933, Dash (DASH) - 0.16548547, Ethereum (ETH) - 0.55, Ethereum Classic (ETC) - 125, Litecoin (LTC) - 3.5, MonaCoin (MONA) - 325.724, Monero (XMR) - 0.22, NEM (XEM) - 254.3916776, Neo (NEO) - 6, OmniCoin (OMNI) - 8.4, PowerLedger (POWR) - 253.8502, Qtum (QTUM) - 1.8476377, Repo Credit Network (RCN) - 1623.1934451, SALT (SALT) - 25, Status Network Token (SNT) - 31.0, Stellar Lumens (XLM) - 285.3.492184, Tether (USDT) - 492, Verge (XVG) - 492, ZCash (ZEC) - 2.2868936 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/31/2023 | C598-1226 | $466.71 | Bitcoin (BTC) - 0.2, Bitcoin Cash (BCHN) (BCH) - 0.00995522, Bitcoin SV (BSV) - 0.525, Cardano (ADA) - 1000, Civic (CVC) - 325.724, Dash (DASH) - 0.16548547, Ethereum (ETH) - 0.55, Ethereum Classic (ETC) - 2003493, Litecoin (LTC) - 3.5, MonaCoin (MONA) - 325.724, Monero (XMR) - 0.22, NEM (XEM) - 254.3916776, Neo (NEO) - 6, OmniCoin (OMNI) - 8.4, PowerLedger (POWR) - 253.8502, Qtum (QTUM) - 1.8476377, Repo Credit Network (RCN) - 1623.1934451, SALT (SALT) - 25, Status Network Token (SNT) - 310.02, Stellar Lumens (XLM) - 285.3.492184, Tether (USDT) - 492, Verge (XVG) - 492 |
| 41 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 11/24/2023 | $21,582.25 | ZCash (ZEC) - 2.2868936 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 10/16/2023 | C597-508 | $21,582.25 | ZCash (ZEC) - 2.2868936 |
| 42 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/31/2024 | $0.00 | Redacted Customer Name | Basic Attention Token (BAT) - 24.3899494, Bean Cash (BITB) - 2195.2281029, BitBay (BAY) - 163.9975800, Bitcoin (BTC) - 0.00000525, Bitcoin Cash (BCHN) (BCH) - 0.00040600, Bitcoin Cash ABC (BCHA) - 0.00040600, BitShares (BTS) - 35.14720588, Civic (CVC) - 27.38062665, DigiByte (DGB) - 1184.6277260, Dash (DASH) - 0.16548547, derived.in (DNT) - 223.3189857, Dogecoin (DOGE) - 2060.0142438, Diamond (DIAMOND) - 122.3989764, Ethereum (ETH) - 0.08654130, EthereumPOW (ETHW) - 0.08654130, Flare (FLR) - 1.19429165, FunFair (FUN) - 419.8500000, Golem Network Token (GLM) - 17.243, 0416, Hive (HIVE) - 8.9263686, Ignis (IGNIS) - 15.52044158, LBRY Credits (LBC) - 11.82120511, Myriad (XMY) - 4554.2014613, Neo (NEO) - 3.12385478, Nxt (NXT) - 10.02228315, Pinkcoin (PINK) - 1593.9977968, ReddCoin (RDD) - 207051.2564625, Siacoin (SC) - 25097.9707476, Sigram (SIGNA) - 6701.9832396, Status Network Token (SNT) - 128.3962662, STEEM (STEEM) - 8.92638458, Stellar Lumens (XLM) - 273.41770671, Verge (XVG) - 4265.0831015 | 23-10597 / Devaluation Holdings LLC | 1/31/2024 | C598-1996 | $8,721.00 | Basic Attention Token (BAT) - 24.3899494, Bean Cash (BITB) - 2195.2281029, BitBay (BAY) - 163.9975800, Bitcoin (BTC) - 0.00000525, Bitcoin Cash (BCHN) (BCH) - 0.00040600, Bitcoin Cash ABC (BCHA) - 0.00040600, BitShares (BTS) - 35.14720588, Civic (CVC) - 27.38062665, DigiByte (DGB) - 1184.6277260, Dash (DASH) - 0.16548547, derived.in (DNT) - 223.3189857, Dogecoin (DOGE) - 2060.0142438, Diamond (DIAMOND) - 122.3989764, Ethereum (ETH) - 0.08654130, EthereumPOW (ETHW) - 0.08654130, Flare (FLR) - 1.19429165, FunFair (FUN) - 419.8500000, Golem Network Token (GLM) - 17.243, 0416, Hive (HIVE) - 8.9263686, Ignis (IGNIS) - 15.52044158, LBRY Credits (LBC) - 11.82120511, Myriad (XMY) - 4554.2014613, Neo (NEO) - 3.12385478, Nxt (NXT) - 10.02228315, Pinkcoin (PINK) - 1593.9977968, ReddCoin (RDD) - 207051.2564625, Siacoin (SC) - 25097.9707476, Sigram (SIGNA) - 6701.9832396, Status Network Token (SNT) - 128.3962662, STEEM (STEEM) - 8.92638458, Stellar Lumens (XLM) - 273.41770671, Verge (XVG) - 26.09561071 |
| 43 | 8b1290fe-2b90-4392-a7b6-14a6d1f00d4f / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 1/31/2024 | $7,467.00 | 8b1290fe-2b90-4392-a7b6-14a6d1f00d4f | 8b1290fe-2b90-4392-a7b6-14a6d1f00d4f / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 2/5/2024 | C597-1171 | $7,467.00 | N/A |
| 44 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 1/27/2024 | N/A | N/A | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 1/27/2024 | C597-1145 | N/A | N/A |
| 45 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 2/5/2024 | N/A | N/A | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 2/8/2024 | C598-2070 | N/A | N/A |
| 46 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/11/2023 | $151.68 | 96d00ec1-fd61-4a02-9255-ef2fa402d31b | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/18/2023 | C598-1827 | $151.68 | Neo (NEO) - 11.57 |
| 47 | 671e9ff-80fc-4f34-b97fa-ef3211412bb1 / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 9/12/2023 | $214.86 | Bitcoin (BTC) - UND | 671e9ff-80fc-4f34-b97fa-ef3211412bb1 / Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 9/5/2023 | C597-10568 | $1,138.25 | Bitcoin (BTC) - UND |
| 48 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 8/28/2023 | $214.86 | Bitcoin (BTC) - UND | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 9/5/2023 | C598-11102 | $214.86 | Bitcoin (BTC) - UND |
| 49 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 10/24/2023 | N/A | N/A | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 10/24/2023 | C597-536 | N/A | N/A |
| 50 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 11/15/2023 | $12,000.00 | Bitcoin (BTC) - 0.5489 | Redacted Customer Name | 23-10597 / Devaluation Holdings LLC | 11/15/2023 | C597-721 | $11.83 | Bitcoin (BTC) - 0.5489 |

Ninth Omnibus Objection (Substantive)

Schedule 1 – Substantive Duplicate Claim

| No. | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/Account ID | Case Number/Debtor | Date Filed | Claim # | Claim Amount | | Name/Account ID | Case Number/Debtor | Date Filed | Claim # | Claim Amount |
| 51 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 8/31/2023 | C597-10288 | 50.00 | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 9/5/2023 | C597-10394 | $56.53 |
| 52 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/27/2023 | C597-835 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/28/2023 | C598-1676 | N/A |
| 53 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/5/2023 | C598-1422 | $8,300.72 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/15/2023 | C598-364 | $244.00 |
| 54 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-10367 | $4,000.00 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-10747 | $12,000.00 |
| 55 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/22/2024 | C598-1954 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/23/2024 | C598-1971 | N/A |
| 56 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/13/2023 | C598-1785 | $8,107.40 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/5/2023 | C598-1755 | $8,107.40 |
| 57 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/29/2024 | C598-1985 | $627.31 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/30/2024 | C598-1986 | $627.31 |
| 58 | Redacted Customer Name | 23-10600 / Bittrex Malta Ltd. | 10/8/2023 | C600-127 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C597-1094 | N/A |
| 59 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/6/2024 | C597-1093 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/6/2024 | C597-1094 | N/A |
| 60 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/6/2024 | C597-1094 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1917 | N/A |
| 61 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1917 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1918 | N/A |
| 62 | Redacted Customer Name | 23-10599 / Bittrex Malta Holdings Ltd. | 11/6/2024 | C599-83 | N/A | | Redacted Customer Name | 23-10599 / Bittrex Malta Holdings Ltd. | 11/6/2024 | C599-84 | N/A |
| 63 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1918 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1918 | N/A |
| 64 | Redacted Customer Name | 23-10600 / Bittrex Malta Ltd. | 11/6/2024 | C600-176 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/6/2024 | C598-1918 | N/A |
| 65 | Redacted Customer Name | 23-10600 / Bittrex Malta Ltd. | 11/27/2024 | C600-147 | N/A | | Redacted Customer Name | 23-10600 / Bittrex Malta Ltd. | 12/11/2023 | C600-159 | N/A |
| 66 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 8/16/2023 | C597-402 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/25/2023 | C597-547 | $2,234.00 |
| 67 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 1/22/2024 | C597-1128 | $4,285.00 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/4/2024 | C598-1966 | $4,285.00 |
| 68 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/23/2023 | C598-1654 | $2,000.00 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 2/5/2024 | C598-2029 | $8,672.00 |
| 69 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 10/24/2023 | C597-538 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/24/2023 | C597-537 | $2,730.00 |
| 70 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/24/2023 | C597-539 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/24/2023 | C597-538 | N/A |
| 71 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/24/2023 | C597-540 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/24/2023 | C597-539 | N/A |
| 72 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 7/20/2023 | C597-83 | $26.01 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/27/2023 | C598-1699 | $4,500.00 |
| 73 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 9/9/2023 | C597-476 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/23/2023 | C597-477 | N/A |
| 74 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/9/2023 | C597-653 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/9/2023 | C597-654 | N/A |
| 75 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/17/2023 | C597-491 | N/A | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 10/18/2023 | C598-1234 | N/A |
| 76 | Redacted Customer Name | 23-10600 / Bittrex Malta Ltd. | 10/22/2023 | C600-128 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 10/18/2023 | C598-1234 | N/A |
| 77 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 10/23/2023 | C598-1343 | 0.022 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 11/8/2023 | C598-1479 | N/A |
| 78 | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 6/13/2023 | C597-405 | N/A | | Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 5/22/2023 | C597-2 | $20,688.42 |
| 79 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/30/2024 | C598-1937 | $8,672.59 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 1/20/2024 | C598-1938 | $8,672.59 |
| 80 | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/23/2023 | C598-617 | $881.46 | | Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/23/2023 | C598-616 | N/A |

Page 8 of 16

Ninth Omnibus Objection (Substantive)

Schedule 1 – Substantive Duplicate Claims

| No. | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 81 | Redacted Customer ID / Redacted Customer Name | 11/8/2023 | 23-10598 / Bittrex, Inc. | C598-1484 | $12,000.00 | Bitcoin (BTC) - 0.14998566, Curve DAO Token (CRV) - 1500.00 | Redacted Customer ID / Redacted Customer Name | 11/8/2023 | 23-10598 / Bittrex, Inc. | C598-1484 | $4,935.00 | Bitcoin (BTC) - 0.220925 |
| 82 | Redacted Customer Name | 11/8/2023 | 23-10598 / Bittrex, Inc. | C598-1484 | N/A | Bitcoin (BTC) - 0.000999, Cardano (ADA) - ... | Redacted Customer Name | 11/14/2023 | 23-10598 / Bittrex, Inc. | C598-1529 | $4,935.00 | N/A |
| 83 | 3b6da7f1c455-4645-76d329aa6a71 / Redacted Customer Name | 8/31/2023 | 23-10597 / Bittrex Mana Holdings Ltd. | C599-10026 | N/A | 2050 | 3b6da7f1c455-4645-95d5-76d329aa6a71 / Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10865 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Cardano (ADA) - 310.72, Dogecoin (DOGE) - 15900, Flare (FLR) - 26.48, Gala Network Token (GLM) - 517.01, Litecoin (LTC) - 1.999, Stellar Lumens (XLM) - 181.56, XRP (XRP) - 175.00 |
| 84 | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-408 | N/A | 9723b09e-9a1a-44ec-aa15-5 | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10570 | $12,247.41 | Ark (ARK) - 341560182, Bitcoin (BTC) - 0.02701699, Bitcoin Cash (BCH) - ..., Litecoin (LTC) - 6568.70219626, Waves (WAVES) - ..., XRP (XRP) - 450.0000000 |
| 85 | Redacted Customer Name | 2/8/2024 | 23-10598 / Bittrex, Inc. | C598-2072 | $8,000.00 | N/A | a3c56db977a-4205-bbe5-6e0bca439942 / Redacted Customer Name | 2/8/2024 | 23-10598 / Bittrex, Inc. | C598-2072 | $8,208.72 | N/A |
| 86 | Redacted Customer Name | 11/7/2023 | 23-10598 / Bittrex, Inc. | C598-1429 | $404.00 | N/A | Redacted Customer Name | 11/7/2023 | 23-10598 / Bittrex, Inc. | C598-1454 | $404.66 | N/A |
| 87 | Redacted Customer Name | 9/5/2023 | 23-10597 / Desolation Holdings LLC | C597-10385 | N/A | Bitcoin (BTC) - 0.0693 | Redacted Customer Name | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-1045 | N/A | Bitcoin (BTC) - UND |
| 88 | ca15da2c-84d0-4b79-930dc4605c5d7f6b / Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C598-10564 | $404.00 | N/A | Redacted Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10844 | $404.66 | Bitcoin (BTC) - 0.01485 |
| 89 | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-677 | $8,702.15 | Bitcoin (BTC) - 0.00546013, XRP (XRP) - 231.9514192 | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-678 | $8,702.15 | N/A |
| 90 | Redacted Customer Name | 6/21/2023 | 23-10598 / Bittrex, Inc. | C598-74 | $682.69 | Cardano (ADA) - 1510, DigiByte (DGB) - 16940, Polygon (DKGB) - 1030 | Redacted Customer Name | 8/9/2023 | 23-10598 / Bittrex, Inc. | C598-1408 | $240.00 | Cardano (ADA) - 1510, DigiByte (DGB) - 16940, PowerLedger (POWR) - 1525, Reddit Coin (RDD) - 44831, Stellar Lumens (XLM) - 1039 |
| 91 | Redacted Customer Name | 7/12/2023 | 23-10598 / Bittrex, Inc. | C598-129 | $682.69 | Bitcoin (BTC) - UND | Redacted Customer Name | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-401 | $892.87 | Bitcoin (BTC) - UND |
| 92 | Redacted Customer Name | 12/14/2023 | 23-10597 / Desolation Holdings LLC | C597-960 | $0.00 | 589aee4a-1564-46c-9959-833b7ca33a2c | Redacted Customer Name | 12/18/2023 | 23-10597 / Desolation Holdings LLC | C597-979 | $23,433.00 | Bitcoin (BTC) - 0.5707253 |
| 93 | Redacted Customer Name | 10/28/2023 | 23-10597 / Desolation Holdings LLC | C597-570 | N/A | 9eee2ac-e6a2-46d-997b-f96a05ed4748 | Redacted Customer Name | 12/3/2023 | 23-10598 / Bittrex, Inc. | C598-1704 | N/A | Bitcoin (BTC) - 0.51, Flare (FLR) - 180 |
| 94 | Redacted Customer Name | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10177 | $368.88 | Bitcoin (BTC) - 0.01336624 | Redacted Customer Name | 9/2/2023 | 23-10598 / Bittrex, Inc. | C598-11027 | $368.88 | Bitcoin (BTC) - 0.01336624 |
| 95 | Redacted Customer Name | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10225 | $211.09 | Bitcoin (BTC) - UND | Redacted Customer Name | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10682 | N/A | Bitcoin (BTC) - 0.10183 |
| 96 | d8508eab-4995-4374-9c63-9c6073af4b43 / Redacted Customer Name | 8/20/2023 | 23-10597 / Desolation Holdings LLC | C597-193 | $211.09 | AIDUS TOKEN (AID) - UND, Cardano (ADA) - 653.14, OMG Network (OMG) - 0.503, Verge (XVG) - 9370, XRP (XRP) - 8.311 | d8508eab-4995-4374-9c63-9c6073af4b43 / Redacted Customer Name | 8/20/2023 | 23-10597 / Desolation Holdings LLC | C597-194 | $211.09 | AIDUS TOKEN (AID) - UND, Cardano (ADA) - 653.14, OMG Network (OMG) - 0.503, Verge (XVG) - 9370, XRP (XRP) - 8.811 |
| 97 | Redacted Customer Name | 11/29/2023 | 23-10597 / Desolation Holdings LLC | C597-875 | $4,302.15 | N/A | Redacted Customer Name | 1/25/2024 | 23-10597 / Desolation Holdings LLC | C598-1974 | $4,302.15 | Bitcoin (BTC) - 0.12393749, Bitcoin Cash ABC (BCHA) - 1.42442235, USD Coin (USDC) - 0.00005267 |
| 98 | Redacted Customer Name | 11/29/2023 | 23-10597 / Desolation Holdings LLC | C597-874 | $4,302.15 | N/A | Redacted Customer Name | 1/25/2024 | 23-10597 / Desolation Holdings LLC | C598-1974 | $4,302.15 | Bitcoin (BTC) - 0.12393749, Bitcoin Cash ABC (BCHA) - 1.42442235, USD Coin (USDC) - 0.00005267 |
| 99 | Redacted Customer Name | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-261 | $4,000.00 | N/A | Redacted Customer Name | 8/24/2023 | 23-10597 / Desolation Holdings LLC | C597-426 | $4,302.15 | N/A |
| 100 | Redacted Customer Name | 11/15/2023 | 23-10598 / Bittrex, Inc. | C598-1571 | N/A | N/A | Redacted Customer Name | 11/15/2023 | 23-10597 / Desolation Holdings LLC | C598-1570 | $4,302.15 | N/A |
| 101 | Redacted Customer Name | 12/20/2023 | 23-10598 / Bittrex, Inc. | C598-1816 | $28.90 | USD Coin (USDC) - 4302.15 | Redacted Customer Name | 2/7/2024 | 23-10598 / Bittrex, Inc. | C598-2017 | $11,672.59 | USD Coin (USDC) - UND |
| 102 | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-679 | $1,831,882.62 | N/A | Redacted Customer Name | 11/14/2023 | 23-10597 / Desolation Holdings LLC | C597-680 | N/A | N/A |
| 103 | f9ba94f-43cf-4c48-9ad3-b7bbe1eaddd / Redacted Customer Name | 6/14/2023 | 23-10598 / Bittrex, Inc. | C598-35 | $0.00 | Decentraland (MANA) - 20000, DigiBot (DGB) - 9934.85, Ethereum (ETH) - 0.08022293, EthereumPoW (ETHW) - 0.08022293, Holo (HBAR) - 11499.33538958, Neo (NEO) - 100, Stellar Lumens (XLM) - 20000.52514470, TRON (TRX) - 75000, USD Coin (USDC) - 5106 | f9ba94f-43cf-4c48-9ad3-b7bbe1eaddd / Redacted Customer Name | 6/20/2023 | 23-10597 / Desolation Holdings LLC | C598-71 | N/A | Decentraland (MANA) - 20000, DigiBot (DGB) - 9934.85, Ethereum (ETH) - 0.08022293, EthereumPoW (ETHW) - 0.08022293, Holo (HBAR) - 11499.33538958, Neo (NEO) - 100, Stellar Lumens (XLM) - 20000.52514470, TRON (TRX) - 75000, USD Coin (USDC) - 5106 |
| 104 | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10281 | $4,302.15 | Sincoin (SIC) - UND | Redacted Customer Name | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10572 | $1,051,843.00 | N/A |
| 105 | 61c378dd-fab7-421a-9e1e-b40d2d7f0ddb / Redacted Customer Name | 12/11/2023 | 23-10597 / Desolation Holdings LLC | C598-1768 | $0.00 | N/A | Redacted Customer Name | 9/2/2023 | 23-10597 / Desolation Holdings LLC | C598-11077 | $51,180.76 | N/A |
| 106 | 7d01062-a427-4d32-bd6b3a2b431d5fc / Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2052 | N/A | Bitcoin (BTC) - 0.11541613, BitSend (BSD) - 9.36126328, Ethereum Classic (ETC) - 0.33584383, Fetch.ai (FET) - 114.68650617, LBRY Credits (LBC) - 10.88952354 | Redacted Customer Name | 2/5/2024 | 23-10598 / Bittrex, Inc. | C598-2055 | N/A | Decentraland (MANA) - 20000, DigiBot (DGB) - 9934.85, Ethereum Classic (ETC) - 37.23065186, Komodo (KMD) - 4.03227704, Monero (XMR) - 6.65929432, Musicoin (MUSIC) - 18.49934869, Verge (XVG) - 190.23893500, ZCash (ZEC) - 1.17578627 |
| 107 | Redacted Customer Name | 12/4/2023 | 23-10597 / Desolation Holdings LLC | C597-896 | N/A | Ethereum (ETH) - 815 | Redacted Customer Name | 12/1/2023 | 23-10597 / Desolation Holdings LLC | C597-899 | N/A | N/A |
| 108 | Redacted Customer Name | 12/3/2023 | 23-10597 / Desolation Holdings LLC | C597-899 | N/A | N/A | Redacted Customer Name | 12/5/2023 | 23-10597 / Desolation Holdings LLC | C597-1708 | N/A | N/A |
| 109 | Redacted Customer Name | 11/23/2023 | 23-10597 / Desolation Holdings LLC | C597-808 | N/A | Bitcoin (BTC) - 0.21 | Redacted Customer Name | 11/23/2023 | 23-10597 / Desolation Holdings LLC | C597-809 | N/A | N/A |
| 110 | 9d8c07bb-7c74-4aae-b54b-2da29861ab6f / Redacted Customer Name | 11/3/2023 | 23-10598 / Bittrex, Inc. | C598-1412 | $7,200.00 | Solve.Care (SOLVE) - 4590186dd79b-7c74-4aae-b54b-2da29853ab80 | Redacted Customer Name | 11/4/2023 | 23-10598 / Bittrex, Inc. | C598-1419 | $7,200.00 | Bitcoin (BTC) - 0.01653062, Ethereum Classic (ETC) - 0.0960958, EthereumPoW (ETHW) - 37.23065186, Komodo (KMD) - 4.03227704, Monero (XMR) - 6.65929432, Musicoin (MUSIC) - 18.49934869, Verge (XVG) - 190.23893500, ZCash (ZEC) - 1.17578627 |
| 111 | Redacted Customer Name | 9/6/2023 | 23-10597 / Desolation Holdings LLC | C598-11105 | N/A | 390a9d21-1fff-4103-8ce8-a7ea48252b7c | Redacted Customer Name | 10/16/2023 | 23-10597 / Desolation Holdings LLC | C598-1123 | N/A | Bitcoin (BTC) - 0.01151495, Solve.Care (SOLVE) - UND |
| 112 | d3c573d6-c56c-452a-811a-a38ad9b3dfc1 / Redacted Customer Name | 12/23/2023 | 23-10597 / Desolation Holdings LLC | C597-1007 | $8,702.15 | Solve.Care (SOLVE) - 4590 | Redacted Customer Name | 1/30/2024 | 23-10597 / Desolation Holdings LLC | C597-1155 | $8,702.15 | N/A |
| 113 | d3c573d6-c56c-452a-811a-a38ad9b3dfc1 / Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10120 | N/A | 390a9d21-1fff-4103-8ce8-a7ea48252b7c | Redacted Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10123 | N/A | TRON (TRX) - 2590 |

Page 6 of 6

Ninth Omnibus Objection (Substantive)
Schedule 1 – Substantive Duplicate Claim

| | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/ Account ID | Case Number/ Debtor | Date Filed | Claim # | Name/ Customer Name | Claim Amount | Name/ Account ID | Name/ Customer Name | Date Filed | Case Number/ Debtor | Claim # | Claim Amount |
| 114 | 5ce93bc8-edbc-4454-bcb5-45cd06570ab9 | 23-10597 / Desolation Holdings LLC | 8/31/2023 | C597-10185 | Reduced Customer Name | $3,074.00 | N/A | Reduced Customer Name | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10236 | Numeraire (NMR) – 35 |
| 115 | | 23-10597 / Desolation Holdings LLC | 11/15/2023 | C597-709 | Reduced Customer Name | $4,302.15 | | Reduced Customer Name | 11/15/2023 | 23-10597 / Desolation Holdings LLC | C597-708 | N/A |
| 116 | | 23-10598 / Bittrex, Inc. | 12/14/2023 | C596-1786 | N/A | $4,302.15 | | Reduced Customer Name | 12/14/2023 | 23-10598 / Bittrex, Inc. | C596-1787 | $4,302.15 |
| 117 | 5ce93bc8-edbc-4454-bcb5-45cd06570ab9 | 23-10597 / Desolation Holdings LLC | 11/25/2023 | C598-1670 | 50. Civic (CVC) - 1000, dentcoin (DNT) - 8017, Ethereum (ETH) - 3.163456274, EthereumPoW (ETHW) - 3.163, Flare (FLR) - 755, GameCredits (GAME) - 50, ICON (ICX) - 151, Qtum (QTUM) - 15, ... , Tether (USDT) - 3191, USD Coin (USDC) - 1982 | $12,501.00 | | Reduced Customer Name | 11/30/2023 | 23-10598 / Bittrex, Inc. | C598-1700 | 50. Civic (CVC) - 1000, dentcoin (DNT) - 8017, Ethereum (ETH) - 3.163456274, EthereumPoW (ETHW) - 3.163, Flare (FLR) - 755, GameCredits (GAME) - 50, ICON (ICX) - 151, Qtum (QTUM) - 15, ... , Tether (USDT) - 3191, USD Coin (USDC) - 1982 | $12,501.00 |
| 118 | | 23-10597 / Desolation Holdings LLC | 11/29/2023 | C597-860 | Ark (ARK) - 145, Bitcoin (BTC) - 0.01629119, Neo (NEO) - 32.59803952, Stratis (STRAX) - 48, XRP (XRP) - 2150 | N/A | | Reduced Customer Name | 11/29/2023 | 23-10597 / Desolation Holdings LLC | C597-861 | Ark (ARK) - 145, Bitcoin (BTC) - 0.01629119, Neo (NEO) - 32.59803952, Stratis (STRAX) - 48, XRP (XRP) - 2150 | N/A |
| 119 | | 23-10598 / Bittrex, Inc. | 2/1/2024 | C598-2001 | N/A | $11,970.00 | | Reduced Customer Name | 2/1/2024 | 23-10598 / Bittrex, Inc. | C598-2002 | $11,970.00 |
| 120 | | 23-10597 / Desolation Holdings LLC | 11/16/2023 | C597-734 | Reduced Customer Name | N/A | N/A | Reduced Customer Name | 11/16/2023 | 23-10597 / Desolation Holdings LLC | C597-735 | N/A |
| 121 | | 23-10597 / Desolation Holdings LLC | 11/14/2023 | C597-674 | N/A | N/A | N/A | Reduced Customer Name | 11/14/2023 | 23-10600 / Bittrex Malta Ltd. | C600-143 | N/A |
| 122 | | 23-10597 / Desolation Holdings LLC | 11/29/2023 | C597-876 | N/A | N/A | N/A | Reduced Customer Name | 11/29/2023 | 23-10597 / Desolation Holdings LLC | C597-877 | N/A |
| 123 | 96cae0be-0b5f-4abc-bf6d-7723d6783533 | 23-10597 / Desolation Holdings LLC | 8/21/2023 | C598-525 | Bitcoin (BTC) - 0.00487978 | $0.00 | N/A | Reduced Customer Name | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-590 | $127.00 |
| 124 | | 23-10597 / Desolation Holdings LLC | 1/11/2024 | C597-1069 | Cardano (ADA) - 688.41379139, Ethereum (ETH) - 4.49478192, Ethereum Classic (ETC) - 4.10339118, EthereumPoW (ETHW) - 4.49478192, Litecoin (LTC) - 7.00000000, Neo (NEO) - 2.41772942, Siacoin (SC) - 1555.85784965, Stellar Lumens (XLM) - 506.34517766, TRON (TRX) - 1278.84615385, ... , XRP (XRP) - 218.05661821 | $0.00 | | Reduced Customer Name | 1/11/2024 | 23-10597 / Desolation Holdings LLC | C597-1070 | Cardano (ADA) - 688.41379139, Ethereum (ETH) - 4.49478192, Ethereum Classic (ETC) - 4.10339118, EthereumPoW (ETHW) - 4.49478192, Litecoin (LTC) - 7.00000000, Neo (NEO) - 2.41772942, Siacoin (SC) - 1555.85784965, Stellar Lumens (XLM) - 506.34517766, TRON (TRX) - 1278.84615385, ... , XRP (XRP) - 218.05661821 | $9,632.51 |
| 125 | | 23-10600 / Bittrex Malta Ltd. | 8/27/2023 | C600-10001 | N/A | $40,000.00 | | Reduced Customer Name | 8/24/2023 | 23-10599 / Bittrex Malta Holdings | C599-16 | N/A |
| 126 | 5e447f0c-7bce-47e4-a16d-0522169384d7 | 23-10597 / Desolation Holdings LLC | 11/15/2023 | C597-688 | Bitcoin (BTC) - 1.00 | $40,000.00 | 5e447f0c-7bce-47e4-a16d-0522169384d7 | Reduced Customer Name | 11/15/2023 | 23-10598 / Bittrex, Inc. | C598-1545 | Bitcoin (BTC) - 1.00 | N/A |
| 127 | 5e447f0c-7bce-47e4-a16d-0522169384d7 | 23-10599 / Bittrex Malta Holdings | 11/15/2023 | C599-73 | Bitcoin (BTC) - 1.00 | $78,778.47 | 5e447f0c-7bce-47e4-a16d-0522169384d7 | Reduced Customer Name | 11/15/2023 | 23-10598 / Bittrex, Inc. | C598-1545 | Bitcoin (BTC) - 1.00 | N/A |
| 128 | | 23-10597 / Desolation Holdings LLC | 1/2/2024 | C597-1033 | N/A | $78,778.47 | 3f6ddebb-7b7d-42b9-bb2b-22412e2961 | Reduced Customer Name | 1/2/2024 | 23-10597 / Desolation Holdings LLC | C597-1040 | N/A | $76,706.97 |
| 129 | | 23-10597 / Desolation Holdings LLC | 9/7/2023 | C596-1207 | N/A | $76,706.97 | | Reduced Customer Name | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11089 | N/A | $76,706.97 |
| 130 | | 23-10598 / Bittrex, Inc. | 9/8/2023 | C596-11124 | Ethereum (ETH) - 46.9173 | $76,706.97 | | Reduced Customer Name | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11089 | Ethereum (ETH) - 46.9173 | N/A |
| 131 | | 23-10597 / Desolation Holdings LLC | 11/28/2023 | C598-1678 | Bitcoin (BTC) - 0.00449788 | N/A | | Reduced Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10808 | Bitcoin (BTC) - 0.00449788 | N/A |
| 132 | 978defe10-976e-41a5-a23b-cea01fe2854f | 23-10597 / Desolation Holdings LLC | 8/31/2023 | C597-10132 | N/A | $250.00 | 978defe10-976e-41a5-a23b-cea01fe2854f | Reduced Customer Name | 1/29/2024 | 23-10597 / Desolation Holdings LLC | C597-1153 | N/A | $250.00 |
| 133 | | 23-10597 / Desolation Holdings LLC | 8/31/2023 | C597-10132 | N/A | N/A | 978defe10-976e-41a5-a23b-cea01fe2854f | Reduced Customer Name | 1/29/2024 | 23-10597 / Desolation Holdings LLC | C597-1153 | N/A | $250.00 |
| 134 | | 23-10597 / Desolation Holdings LLC | 1/19/2023 | C597-854 | Reduced Customer Name | $338.00 | | Reduced Customer Name | 1/19/2023 | 23-10598 / Bittrex, Inc. | C597-855 | N/A | N/A |
| 135 | | 23-10597 / Desolation Holdings LLC | 1/22/2023 | C597-897 | Bitcoin Cash (BCHN) (BCH) - 4.13730162, BitShares (BTS) - 317.68100000, Cardano (ADA) - 2497.24039147, Decentraland (MANA) - 2952.27040027, Dogecoin (DOGE) - 12000.00000000, Enjin (ENJ) - 457.02183243, EOS (EOS) - 19.8797000, Flare (FLR) - 676.15012506, Hive (HIVE) - 9.98000000, Internet (INX) - 8500, IOTA (IOTA) - 45.45400000, NEM (XEM) - 1000.00000000, Neo (NEO) - 13.05132633, OMG Network (OMG) - 612.0559538, Reddit (RDD) - 2000.0000000, Siacoin (SC) - 8589.00000000, STEEM (STEEM) - 9.97000000, Stellar Lumens (XLM) - 20.010441974, The Graph (GRT) - 1090.71245623, TRON (TRX) - 15904.90011651, USD Coin (USDC) - 1392, Verge (XVG) - 6572.63000000, ... , XRP (XRP) - 4475.00000000 | $0.00 | | Reduced Customer Name | 12/4/2023 | 23-10598 / Bittrex, Inc. | C598-1720 | Cardano (ADA) - 970, Dogecoin (DOGE) - 15348, Siacoin (SC) - 15206, Stellar Lumens (XLM) - 20, ... | $19,512.00 |
| 136 | | 23-10597 / Desolation Holdings LLC | 8/31/2023 | C598-10575 | Bitcoin Cash (BCHN) (BCH) - 4.13730162, BitShares (BTS) - 317.68100000, Cardano (ADA) - 2497.24039147, Decentraland (MANA) - 2952.27040027, Dogecoin (DOGE) - 12000.00000000, Enjin (ENJ) - 457.02183243, EOS (EOS) - 19.8797000, Flare (FLR) - 676.15012506, Hive (HIVE) - 9.98000000, Internet (INX) - 8500, IOTA (IOTA) - 45.45400000, NEM (XEM) - 1000.00000000, Neo (NEO) - 13.05132633, OMG Network (OMG) - 612.0559538, Reddit (RDD) - 2000.0000000, Siacoin (SC) - 8589.00000000, STEEM (STEEM) - 9.97000000, Stellar Lumens (XLM) - 20.010441974, The Graph (GRT) - 1090.71245623, TRON (TRX) - 15904.90011651, USD Coin (USDC) - 1392, ... | $338.00 | | Reduced Customer Name | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10755 | Bitcoin Cash (BCHN) (BCH) - 4.13730162, BitShares (BTS) - 317.68100000, Cardano (ADA) - 2497.24039147, Decentraland (MANA) - ..., USD Coin (USDC) - 1392, ... | $338.00 |
| 137 | cd932d4b-6b2b-443a-a2a4-0378577fa54c | 23-10597 / Desolation Holdings LLC | 10/26/2023 | C597-546 | Reduced Customer Name | N/A | 3852.899994444... | Reduced Customer Name | 11/11/2023 | 23-10597 / Desolation Holdings LLC | C597-587 | N/A |

Ninth Omnibus Objection (Substantive)
Schedule 1 – Substantive Duplicate Claim

| No. | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | | Coins Claimed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Case Number/ Debtor | Date Filed | Claim # | Claim Amount | Name/ Account ID | Case Number/ Debtor | Date Filed | Claim # | Claim Amount | |
| 138 | 93dabba8-5d2b-46ec-bb64-5c23d7de61f82 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/13/2023 | C598-1778 | $7,386.27 | 93dabba8-5d2b-46ec-bb64-5c23d7de61f82 / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/13/2023 | C598-1779 | $7,386.27 | N/A |
| 139 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 11/26/2023 | C597-848 | $4,302.15 | 92e919e6-d7c8-465d-a6c2-12f8d19c9606 / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/26/2023 | C597-853 | $4,302.15 | Bitcoin (BTC): 0.05171528, Golem Network Token (GLM): 500.00, Sibcoin (SIB): UND, Dash (DASH): 0.682, Ethereum (ETH): 2, Litecoin (LTC): 1.13, Neo (NEO): 3.39, Status Network Token (SNT): 335, XRP (XRP): 388 |
| 140 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 12/1/2023 | C598-1705 | $2,675.00 | 5a06d2b0-97ef-44b3-a92d-1d0b6515b6da / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 12/5/2023 | C598-1732 | $2,675.00 | Network Token (SNT): 335, XRP (XRP): 388 |
| 141 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-1077 | N/A | 5a06d2b0-97ef-44b3-a92d-1d0b6515b6da / Redacted Customer Name | 23-10598 / Bittrex, Inc. | 8/31/2023 | C598-1070 | N/A | XRP (XRP): 335, XRP (XRP): 388 |
| 142 | 32cc2b6-43c9-4380-9039-b09b3ad4357 / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/18/2023 | C597-1113 | $19,274.13 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/22/2024 | C597-1127 | $19,274.13 | aff (Golem) (AFT): 6500.00, Basic Cash (BITB): 18703.12500, Bitcoin (BTC): 0.64519335, BitTorrent (BTT): 2365081.59407000, CannabisCoin (CANN): 10194.63414634, Digibyte (DGB): 6000.00, Dogecoin (DOGE): 16009.05917454, DopeCoin (DOPE): 19273.06284674, FoldingCoin (FLDC): 16000.00, MaidSafe (MFT): 16000.00, PotCoin (POT): 5000.00, Quark (QRK): 25000.00, Siacoin (SC): 5000.00, TRON (TRX): 12700.00, Verge (XVG): 11000.00 |
| 143 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 11/18/2023 | C597-744 | $4,302.15 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 11/18/2023 | C597-745 | N/A | Cardano (ADA): UND |
| 144 | c56e18c6-eb09-42a8-bc27-8b852dcb930d4 / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 8/21/2023 | C597-209 | $14,374.13 | 45c0e0b5-e609-42a8-be27-8b852dcb930d / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/21/2023 | C597-708 | $19,274.13 | Augur (ANT): 278.30000000, Basic Attention Token (BAT): 1140.11111888, Bitcoin Cash (BCHN) (BCH): 0.54699016, Dash (DASH): 1.6999608, Ethereum Classic (ETC): 21.41191040, Golem Network Token (GLM): 1513.33036364, Litecoin (LTC): 7.57020144, Neo (NEO): 10.21458559, OMG Network (OMG): 39.34772655, Qtum (QTUM): 58.41121053, SALT (SALT): 532.15889097, STEEM (STEEM): 30.11060300, STORJ (STORJ): 894.60198822, SysCoin (SYS): 2157.93688537, Waves (WAVES): 157.7872077, Wings (WINGS): 1645.79545455 |
| 145 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 12/22/2023 | C597-1010 | $4,302.15 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 12/22/2023 | C597-1012 | N/A | N/A |
| 146 | b5f6b62e-3206-4d23-89aa-406e38a6d01d / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 1/19/2024 | C597-1111 | $8,672.59 | b5f6b62e-3206-4d23-89aa-406e38a6d01d / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 1/21/2024 | C597-1221 | $6,302.35 | Cardano (ADA): UND |
| 147 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/21/2024 | C597-1121 | $6,303.35 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/22/2024 | C597-1224 | $6,302.35 | Cardano (ADA): UND |
| 148 | Redacted Customer Name / Redacted Customer ID | 23-10600 / Bittrex Malta Ltd. | 1/14/2024 | C600-173 | N/A | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 1/14/2024 | C598-1902 | N/A | #N/A |
| 149 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 8/11/2023 | C597-123 | $0.00 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 8/29/2023 | C598-883 | $200.00 | Dash (DASH): UND, Decentraland (MANA): UND, DigitalNote (XDN): UND, Dogecoin (DOGE): UND, Litecoin (LTC): UND |
| 150 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 1/29/2024 | C598-1983 | $10,000.00 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 1/29/2024 | C598-1984 | $10,000.00 | Bitcoin (BTC): 0.00025857, Ethereum (ETH): 0.09431909 |
| 151 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 9/25/2023 | C597-1117 | $170.45 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 9/25/2023 | C598-2289 | $170.45 | Bitcoin (BTC): 0.00025857, Ethereum (ETH): 0.09431909 |
| 152 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/20/2024 | C597-1117 | N/A | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/20/2024 | C598-1594 | N/A | N/A |
| 153 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/20/2023 | C598-1593 | $4,000.00 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/20/2023 | C598-1594 | $5,314.22 | N/A |
| 154 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/20/2023 | C598-1594 | $5,314.22 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/20/2023 | C598-1628 | $5,314.20 | Bitcoin (BTC): 1.09936656, Ethereum (ETH): 0.212451576, Ethereum Classic (ETC): 70.88253346, Mast (MUNT): 550, Navcoin (NAV): 200.00000000 |
| 155 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 12/19/2023 | C598-1807 | $4,302.15 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 12/19/2023 | C598-1809 | $4,302.15 | Bitcoin (BTC): 0.01689972, XRP (XRP): 1086.43766433 |
| 156 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/22/2024 | C597-1129 | N/A | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/22/2024 | C597-1130 | N/A | N/A |
| 157 | 1506a37c-06e3-4dab-b4da-418f7d3114f8 / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 11/13/2023 | C597-666 | N/A | 506a37c-06e3-4dab-b4da-418f5d21148 / Redacted Customer Name | 23-10597 / Desolation Holdings LLC | 12/4/2023 | C597-893 | N/A | Ark (ARK): 266.12418064, Bitcoin (BTC): 0.01689341, Bitcoin Cash (BCHN) (BCH): 0.00000001, Bitcoin Cash ABC (BCHA): 0.00000001, Ethereum (ETH): 1.21439097, EthereumPoW (ETHW): 1.21439097, Tether (USDT): 0.00034069 |
| 158 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 2/5/2024 | C597-1169 | N/A | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 2/5/2024 | C597-1170 | N/A | Ark (ARK): 4.51654125, Bitcoin (BTC): 0.21498379, Nexus (NXS): 31.01071657, OMG Network (OMG): 16.80312500, Pivx (PIVX): 49.14224388, Siacoin (SC): 35084.63958501, Wings (DAO) (WINGS): 264.66921875 |
| 159 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/11/2023 | C598-1510 | $7,959.00 | Redacted Customer Name / Redacted Customer ID | 23-10598 / Bittrex, Inc. | 11/15/2023 | C598-1430 | $7,959.00 | Bitcoin (BTC): 0.20297879, Raycoin (DOGE): ... |
| 160 | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 11/25/2023 | C597-825 | N/A | Redacted Customer Name / Redacted Customer ID | 23-10597 / Desolation Holdings LLC | 1/23/2024 | C598-1970 | $8,500.00 | Bitcoin (BTC): 0.02097879, Raycoin (DOGE): ... |