## Schedule 1

**Cross-Debtor Duplicate Claims**

**Tenth Omnibus Objection (Substantive)**
**Schedule 1 – Cross-Debtor Duplicate Claims**

| No. | DUPLICATE CLAIM TO BE DISALLOWED ||||| REMAINING CLAIM |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 1. | e31bc091-0860-4443-a145-d0f3430f8230 | 11/21/2023 | 23-10597 / Desolation Holdings LLC | C597-791 | N/A | Bitcoin (BTC) - 0.29621799 | 11/21/2023 | 23-10598 / Bittrex, Inc. | C598-1635 | N/A | Bitcoin (BTC) - 0.29621799 |
| 2. | c54f4b5b-dc62-4375-9546-5cd66df18614 | 11/15/2023 | 23-10597 / Desolation Holdings LLC | C597-709 | $3,000.00 | Dogecoin (DOGE) - UND | 11/15/2023 | 23-10598 / Bittrex, Inc. | C598-1555 | $3,000.00 | Dogecoin (DOGE) - UND |
| 3. | Redacted Customer Name | 1/23/2024 | 23-10598 / Bittrex, Inc. | C598-1962 | $66,089.00 | BitcoinVault (BTCV) - 0.4, Ethereum (ETH) - 20 | 1/23/2024 | 23-10597 / Desolation Holdings LLC | C597-1131 | $66,089.00 | BitcoinVault (BTCV) - 0.4, Ethereum (ETH) - 20 |
| 4. | 42b54a04-16cd-4f68-acb5-dceb526517c1 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10348 | $494.51 | Bitcoin (BTC) - 0.99750000, PotCoin (POT) - 0.99750000 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-11005 | $494.51 | Bitcoin (BTC) - 0.99750000, PotCoin (POT) - 0.99750000 |
| 5. | a25f7ad0-a2a2-474f-bb38-00916f24935e | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10304 | $160.00 | Flare (FLR) - 40.16, HempCoin (THC) - 707.00, XRP (XRP) - 265.81 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10793 | $160.00 | Flare (FLR) - 40.16, HempCoin (THC) - 707.00, XRP (XRP) - 265.81 |
| 6. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-588 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 7. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-589 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 8. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-69 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 9. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-70 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 10. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-132 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 11. | b91c219c-447e-4059-bca1-9fe09a756891 | 10/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-133 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 | 10/31/2023 | 23-10598 / Bittrex, Inc. | C598-1401 | N/A | BitTorrent (BTT) - 10715547.143, Flare (FLR) - 234.36, TRON (TRX) - 42933.677, VeChain (VET) - 9990.26 |
| 12. | dc53ce55c-6602-4257-a4a5-1e16fcd26c5a | 6/8/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-1 | N/A | N/A | 6/8/2023 | 23-10600 / Bittrex Malta Ltd. | C600-2 | N/A | N/A |
| 13. | 978fafe910-978c-41a7-a230-cea01f6c2854f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10978 | $250.00 | N/A | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10133 | $250.00 | N/A |
| 14. | e765acae-dd58-4b55-a6b9-6f29d48c2208 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-621 | N/A | Bitcoin (BTC) - 0.31226356, Bitcoin Cash ABC (BCHA) - 0.31226356 | 8/23/2023 | 23-10597 / Desolation Holdings LLC | C597-226 | N/A | Bitcoin (BTC) - 0.31226356, Bitcoin Cash ABC (BCHA) - 0.31226356 |
| 15. | 027c9d6f-0246-46ba-b462-fa7d2508d894 | 11/17/2023 | 23-10598 / Bittrex, Inc. | C598-1604 | N/A | N/A | 11/16/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-74 | N/A | N/A |
| 16. | 0a440363-ba9b-446d-b4de-4d4b2718faea | 2/7/2024 | 23-10597 / Desolation Holdings LLC | C597-1180 | $8,672.59 | N/A | 2/7/2024 | 23-10598 / Bittrex, Inc. | C598-2058 | $8,672.59 | N/A |
| 17. | 2864f39f-4826-4ca2-923b-94fabac1dcee | 10/25/2023 | 23-10598 / Bittrex, Inc. | C598-1501 | $2,000.00 | Bitcoin (BTC) - 0.05789, Siacoin (SC) - 20000 | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-531 | $2,000.00 | Bitcoin (BTC) - 0.05789, Siacoin (SC) - 20000 |