## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bittrex Inc.,[1] | Case No. 23-10598 (BLS) |
| Wind Down Entity. | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-963 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 27]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10330 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 28]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Order Sustaining Plan Administrator's Objection to Claim C597-10219 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 29]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-1273 Filed by Claimant Pursuant to Section 502 the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 30]**

---

[1] The last four digits of the Wind Down Entity's federal tax identification number are 0908. The mailing and service address of the Wind Down Entity is 701 5th Avenue, Suite 4200, Seattle, WA 98104.1

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Order Sustaining Plan Administrator's Objection to Claims C597-10397 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 31]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10189 Filed by Claimant Pursuant to Sections 502 the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 32]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit G**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-1313 Filed by Claimant Pursuant to Sections 502 and 503 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 33]**

On March 8, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit H**:

- **Order Sustaining Plan Administrator's Objection Claim 598-109 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 34]**

Dated: March 11, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

## **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 0f3fd443-2d71-45a7-966f-499ae7ec0ef2 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

**<u>EXHIBIT B</u>**

**Exhibit B**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 0f3fd443-2d71-45a7-966f-499ae7ec0ef2 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

**EXHIBIT C**

**Exhibit C**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| 460547a9-5dd4-403d-9018-4a3865651423 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

## **EXHIBIT D**

**Exhibit D**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 3d567d07-d570-45c0-a10a-cea3ff499650 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

**<u>EXHIBIT E</u>**

**Exhibit E**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 876e9b71-e2d6-493e-b64a-4f7f8771a90b | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

**EXHIBIT F**

**Exhibit F**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| dce57eaa-ffa7-4f9b-9022-84563d67c661 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |

## **<u>EXHIBIT G</u>**

**Exhibit G**
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| b4d96517-4a20-4dfe-8842-364fcdf57245 | Address Redacted | Email<br>Address Redacted | Email<br>First Class Mail |

# **<u>EXHIBIT H</u>**

**Exhibit H**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| b6696160-8e20-4ce8-8a56-65601beb9714 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |