**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Bittrex, Inc.,[1] | Case No. 23-10598 (BLS) |
| Wind Down Entity | |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR**
**HEARING ON MARCH 20, 2024 AT 11:00 A.M. (ET)**

---

**THIS HEARING IS VIRTUAL AND WILL BE CONDUCTED ENTIRELY BY ZOOM**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

---

**ADJOURNED MATTERS**

1.    Motion Pursuant to Sections 105(A) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [D.I. 455, 10/19/23]

      Response Deadline:               October 16, 2023 at 4:00 p.m. (ET); extended for the U.S. Trustee to November 2, 2023

      Responses Received:

      A.     Objection of the United States Trustee [(Sealed) D.I. 524, (Redacted) D.I. 525, 11/2/23]

---

[1]    The last four digits of the Wind Down Entity's federal tax identification number are 0908.  The mailing and service address of the Wind Down Entity is 701 5th Avenue, Suite 4200, Seattle, WA 98104. [*See* Chapter 11 Case No. 23-10597, Docket No. 1068]

Related Documents:

B.      Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-counsel for the Debtors and Debtors in Possession [D.I. 104, 6/7/23]

C.      Second Supplemental Declaration  of Patricia Tomasco in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [(Sealed), D.I. 453, (Redacted) D.I. 454, 10/20/23]

Status:  The matter is adjourned to a date and time to be determined.

2.      Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 802, 12/22/23]

Response Deadline:                          January 8, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Opposition to Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 888, 1/8/24]

Related Documents:

B.      Declaration of Alain Jaquet in Support of Opposition [(Sealed) D.I. 889, 1/8/24]

C.      Declaration of Kenneth J. Enos in Support of Opposition [(Sealed) D.I. 890, 1/8/24]

D.      Declaration of Catherine Nownes-Whitaker in Support of Opposition [(Sealed) D.I. 891, 1/8/24]

E.      Motion for Leave to File a Late Reply in Support of Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 906, 1/11/24]

Status:          This matter is adjourned to a date to be determined.

31431273.1

**RESOLVED MATTERS**

3.     Plan Administrator's Eighth Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims [(Sealed) D.I. 1028, (Redacted) D.I. 1029, 2/16/24]

       <u>Response Deadline</u>:             March 1, 2024 at 4:00 p.m. (ET)

       <u>Responses Received</u>:           None

       <u>Related Documents</u>:

          A.     Declaration of David Maria in Support of the Plan Administrator's Eighth (Non-Substantive) Objection to Certain Duplicate Claims (Exhibit B, D.I. 1029, 2/16/24)

          B.     Certificate of No Objection [D.I. 11, 3/7/24]

          C.     Order Sustaining Plan Administrator's Eighth Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims [D.I. 24, 3/7/24]

       <u>Status</u>: An Order has been entered.  No hearing is required.

4.     Plan Administrator's Ninth Omnibus (Substantive) Objection to Certain Substantive Duplicate Claims [(Sealed) D.I. 1030, (Redacted) D.I. 1031, 2/16/24]

       <u>Response Deadline</u>:             March 1, 2024 at 4:00 p.m. (ET)

       <u>Responses Received</u>:

          A.     Response of Mohanraj Renganathan [D.I. 45, 3/15/24]

       <u>Related Documents</u>:

          B.     Declaration of David Maria in Support of Plan Administrator's Ninth (Substantive) Objection to Certain Substantive Duplicate Claims [Exhibit B, D.I 1031, 2/16/24]

          C.     Certificate of No Objection [D.I. 12, 3/7/24]

          D.     Order Sustaining Plan Administrator's Ninth (Substantive) Objection to Certain Substantive Duplicate Claims [D.I. 25, 3/8/24]

       <u>Status</u>: An Order has been entered.  No hearing is required.

5.     Plan Administrator's Tenth Omnibus (Substantive) Objection to Certain Cross-Debtor Duplicate Claims [(Sealed) D.I. 1032, (Redacted) D.I. 1033, 2/16/24]

Response Deadline:                          March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                         None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Tenth (Substantive) Objection to Certain Cross-Debtor Duplicate Claims [Exhibit B, D.I 1033, 2/16/24]

B.    Certificate of No Objection [D.I. 13, 3/7/24]

C.    Order Sustaining Plan Administrator's Tenth (Substantive) Objection to Certain Cross-Debtor Duplicate Claims [D.I. 26, 3/8/24]

Status: An Order has been entered.  No hearing is required.

6.    Plan Administrator's Objection to Claim C598-963 Filed by Jarret Andrade Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1034, 2/16/24]

Response Deadline:                          March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                         None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-963 Filed by Jarret Andrade Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1035, 2/16/24]

B.    Certificate of No Objection [D.I. 14, 3/7/24]

C.    Order Sustaining Plan Administrator's Objection to Claim C598-963 Filed by Jarret Andrade Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 27, 3/8/24]

Status: An Order has been entered.  No hearing is required.

7.    Plan Administrator's Objection to Claim C598-10330 Filed by Jeffrey Settle Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1036, 2/16/24]

Response Deadline:                          March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                         None

Related Documents:

A.   Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10330 Filed by Jeffrey Settle Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1037, 2/16/24]

B.   Certificate of No Objection [D.I. 15, 3/7/24]

C.   Order Sustaining Plan Administrator's Objection to Claim C598-10330 Filed by Jeffrey Settle Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 28, 3/8/24]

Status: An Order has been entered.  No hearing is required.

8.   Plan Administrator's Objection to Claim C597-10219 Filed by Isabell Truitt Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1038, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.   Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-10219 Filed by Isabell Truitt Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1039, 2/16/24]

B.   Certificate of No Objection [D.I. 16, 3/7/24]

C.   Order Sustaining Plan Administrator's Objection to Claim C597-10219 Filed by Isabell Truitt Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 29, 3/8/24]

Status: An Order has been entered.  No hearing is required.

9.   Plan Administrator's Objection to Claim C598-1273 Filed by Mark Avignone Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1038, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1273 Filed by Mark Avignone Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1041, 2/16/24]

B.    Certificate of No Objection [D.I. 17, 3/7/24]

C.    Order Sustaining Plan Administrator's Objection to Claim C598-1273 Filed by Mark Avignone Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 30, 3/8/24]

Status: An Order has been entered.  No hearing is required.

10.    Plan Administrator's Objection to Claim C597-10397 Filed by Jon Houck Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1042, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-10397 Filed by Jon Houck Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1043, 2/16/24]

B.    Certificate of No Objection [D.I. 18, 3/7/24]

C.    Order Sustaining Plan Administrator's Objection to Claim C597-10397 Filed by Jon Houck Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 31, 3/8/24]

Status: An Order has been entered.  No hearing is required.

11.    Plan Administrator's Objection to Claim C598-10189 Filed by Satoru Aoki (A.K.A. Satoru Shimokaisyo) Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1044, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10189 Filed by Satoru Aoki (A.K.A. Satoru Shimokaisyo) Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1045, 2/16/24]

B.    Certificate of No Objection [D.I. 19, 3/7/24]

C.    Order Sustaining Plan Administrator's Objection to Claim C598-10189 Filed by Satoru Aoki (A.K.A. Satoru Shimokaisyo) Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 32, 3/8/24]

Status: An Order has been entered.  No hearing is required.

12.    Plan Administrator's Objection to Claim C598-1313 Filed by Kenneth Kochan Pursuant to Section 502 and 503 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1046, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                    None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1313 Filed by Kenneth Kochan Pursuant to Section 502 and 503 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1047, 2/16/24]

B.    Certificate of No Objection [D.I. 20, 3/7/24]

C.    Order Sustaining Plan Administrator's Objection to Claim C598-1313 Filed by Kenneth Kochan Pursuant to Section 502 and 503 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 33, 3/8/24]

Status: An Order has been entered.  No hearing is required.

13.    Plan Administrator's Objection to Claim 598-109 Filed by Barbara Larios Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 1048, 2/16/24]

Response Deadline:                    March 1, 2024 at 4:00 p.m. (ET)

Responses Received:                    None

Related Documents:

A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim 598-109 Filed by Barbara Larios Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I 1049, 2/16/24]

B.      Certificate of No Objection [D.I. 21, 3/7/24]

C.      Order Sustaining Plan Administrator's Objection to Claim 598-109 Filed by Barbara Larios Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 34, 3/8/24]

Status: An Order has been entered.  No hearing is required.

## MATTERS GOING FORWARD AS A STATUS CONFERENCE

14.    Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Forgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 824, (Redacted) D.I. 826, 12/29/23]

Response Deadline:                          January 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 12, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Opposition of Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group PLLC to Plan Administrator's Objection to Proof of Claim No. C598-1167 and Cross-Motion for Abstention [D.I. 1051, 2/19/24]

B.      Reply in Support of Cross-Motion for Abstention by Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group [D.I. 1065, 2/26/24]

Related Documents:

C.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Forgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 825, (Redacted) D.I. 827, 12/29/23]

D.      Plan Administrator's Objection to Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group, PLLC's Cross-Motion for Abstention [D.I. 1063, 2/23/24]

31431273.1

8

E.      Letter from Judge Shannon Regarding the Abstention Motion [D.I. 1076, 3/5/24]]

Status: This matter is going forward as a status conference.

15.  Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Rahwa Berhe Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [(Sealed) D.I. 986, 1/29/24]

Response Deadline:                      February 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 29, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Rahwa Berhe

Related Documents:

B.      Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Rahwa Berhe Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [(Sealed) D.I. 987, 1/29/24]

Status:  This matter is going forward as a status conference.

*[Signature Page Follows]*

Dated: March 20, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rebecca L. Lamb (Delaware Bar No. 7223)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: rlamb@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

31431273.1