Re: 23-10598-BLS

RECEIVED
2024 MAR 19 PM 4:04
CLERK

You Honor:

I'm very sorry to disturb you in this way, Your Honor.

I know this is a Proof of Claim that has missed the deadline and has perfectly missed any time point. But I would like to provide an example, perhaps also for Your Honor, as a reference for the presiding judge in this case. That is to say, there are still some accounts on the platform that have been abandoned for a long time, have not been logged in for a long time, but are not necessarily due to some money laundering or other criminal reasons, just like my account.

I am an early client of BITTREX since 2014. I have not traded on this platform since 2015. Due to the long period of time, I did not pay enough attention to this account, which has caused the current problem. I only realized on March 3, 2024 (Beijing time) that I received multiple reminder emails last year. Due to network restrictions in my country, I do not frequently log in to the Gmail email address I used when registering with Bittrex, and KYC authentication was not required at that time. And I often receive many emails from various fraudulent addresses targeting Bittrex in this email. Plus, I have to take care of my wife all year round. She suffers from a serious skin disease and has one to several severe attacks every year, which makes me exhausted. So, for various reasons, I missed the deadline. I have had contact with Bittrex and Omni Agent, but they have both refused to accept my application. So, I think now may be my last bit of hope.

Until today, I still hold a node wallet containing the Bitcoin receiving address from which I withdrew funds from Bittrex at that time. This is also displayed in the transaction history file. Can this also prove from another perspective that I am the holder of this account?

From a legal perspective, I admit that I may no longer hold the position of an unsecured creditor in court, but I still hold one hope, Is it possible to include my account in the list of creditors?If that's not possible, may I ask your esteemed judge to take into account the interests of accounts like ours that have been delayed or have not yet submitted any information due to various reasons during the final liquidation of Bittrex Company? Or is it to leave them a slightly longer waiting time when the liquidation is completed or the company is closed?

The above is my statement. Once again, I apologize for taking up your valuable time!

Thank you!


Yours faithfully:

Zhen Yao
03/14/2024

### 尊敬的法官：

非常抱歉以这种方式打扰您，法官大人。

我知道这是一份已经错过了截止时间的 Proof of Claim，而且已经完美地错过了任何一个时间节点。但我想提供一个实例，或许也能提供给您，作为本案的主审法官，一种参考。那就是平台还存在一些时间久远、长期不登录、但并不一定是因为某种洗钱或者其他犯罪原因被废弃的账户，就像我这个账户。

我是 BITTREX 的早期客户，自从 2014 年。自 2015 年我就未在该平台进行过交易。因为时间久远的原因，我对这个账户关注不够，因此造成了当前的问题。我是 2024 年 3 月 3 日（北京时间）才发现我去年收到了多封提醒邮件。因为我所在国家网络管制的原因，我并不经常登录我在 Bittrex 注册时使用的 Gmail 邮箱，当时还不需要 KYC 身份认证。而且我经常能够在这个邮箱收到许多来自各种针对 Bittrex 的诈骗地址的邮件。加上我常年需要照顾我妻子，她患了严重的皮肤疾病，每年都要剧烈发作一到数次，这让我心力交瘁。所以，各种原因下，我错过了截止日期。我与 Bittrex 和 Omni Agent 都接触过，但是他们都拒绝接受我的申请了。所以，我想现在也许是我最后一点点希望。

直到今天，我仍然持有包含当时从 Bittrex 提款的比特币收款地址的节点钱包。这也显示在交易历史文件中。这是不是也能从另一方面佐证我是这个账户的持有人？

现在从法律的角度来说，我承认我已经可能不具有法庭在册无担保债权人的位置，但我还是抱着一点希望，就是是否可能将我这个账户列入债权人名单？如果不可能的话，是否可以请您尊敬的法官大人，在 Bittrex 公司最终清算时，适当考虑下我们这类因为各种原因延迟提交或者尚未提交任何信息的账户的利益？或者是在清算结束、公司关闭时留给他们稍微长一点的等待时间？

以上就是我的陈述，再次抱歉占用了您的宝贵时间！

非常感谢！

*[签名]*

2024-03-14

Gmail - Automatic reply: 咨询

14 09:08

## Gmail

### tomatic reply: 咨询

邮件

womy tony <tonywomy@gmail.com>

ex Bankruptcy Information <bankruptcyinfo@bittrex.com>　　　　　　　　　　　　　　　2024年3月9日 11:36
人：womy tony <tonywomy@gmail.com>

l known creditors and customers of Bittrex, Inc. received the Notice of Deadlines for Filing Proofs of Claim (the "Notice") on or about June 12, 2023. That same notice was blished in the New York Times, the Financial Times and several online cryptocurrency publications. The deadline for filing proofs of claim was August 31, 2023. Despite this adline, the Debtors continued to accept proofs of claim for over five additional months on the Omni website, until mid-February 2024.

this time we are no longer accepting proofs of claim of any kind. If you failed to file a proof of claim, any claim that you might assert against Bittrex, Inc. has been disallowed the confirmed plan of liquidation. The plan and the confirmation order are available at the Omni Agent Solutions website for Bittrex. See https://casedocs. nniagentsolutions.com/cmsvol2/pub_47475/003e13f3-b80d-4d51-af98-9902081e0fa3_517.pdf

you have submitted a proof of claim and have not received an objection to your claim—and you are not located in a restricted jurisdiction or a country subject to U.S. nctions—Bittrex will contact you shortly regarding the next steps to withdraw cryptocurrency associated with your account.

you have NOT submitted a claim, you will not receive a response to your inquiry.

ishing Alert

e have received notifications that customers are receiving phishing emails urging them to withdraw the cryptocurrency associated with their Bittrex, Inc. accounts. While ttrex is in the process of approving customers for withdrawal, it will contact selected customers through usual Bittrex customer service channels, and reactivated accounts ill be accessible through regular Bittrex portal, not a new website.

e phishing emails are directing customers to provide their login and personal information on a fake website pretending to be the Bittrex U.S. platform. Unfortunately, these ishing emails also list account balances that are made-up and highly inflated to tempt customers to interact with the fake website. Phishing emails do not evidence true count balances or even the existence of an account.

henever receiving emails purporting to be from Bittrex, please take precautions:
Check the sender's email address and look for misspelling, extra characters, or unusual domain names;
Check for generic greetings, such as "Dear Customer;"
Be suspicious of emails with poor grammar, spelling errors, or unprofessional formatting;
Hover with your mouse over any links in the email to preview the URL to make sure that it leads to a bittrex.com website and not to a fake website;
Whenever attempting to access your account, carefully review the URL to ensure that you are on the Bittrex, Inc. website prior to inputting your login credentials.

o not click on any links in suspicious emails, and delete such emails.

my tony <tonywomy@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　　　2024年3月9日 11:54
人：Bittrex Bankruptcy Information <bankruptcyinfo@bittrex.com>

Gmail - Automatic reply: 咨询

4 09:08

看到这个回复到很绝望，我错过了最后的日期，请问现在我还可以怎么做？非常感谢！

trex Bankruptcy Information <bankruptcyinfo@bittrex.com> 于2024年3月9日周六 11:36写道：

All known creditors and customers of Bittrex, Inc. received the Notice of Deadlines for Filing Proofs of Claim (the "Notice") on or about June 12, 2023. That same notice was published in the New York Times, the Financial Times and several online cryptocurrency publications. The deadline for filing proofs of claim was August 31, 2023. Despite his deadline, the Debtors continued to accept proofs of claim for over five additional months on the Omni website, until mid-February 2024.

At this time we are no longer accepting proofs of claim of any kind. If you failed to file a proof of claim, any claim that you might assert against Bittrex, Inc. has been disallowed by the confirmed plan of liquidation. The plan and the confirmation order are available at the Omni Agent Solutions website for Bittrex. See https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/003e13f3-b80d-4d51-af98-9902081e0fa3_517.pdf

f you have submitted a proof of claim and have not received an objection to your claim—and you are not located in a restricted jurisdiction or a country subject to U.S. sanctions—Bittrex will contact you shortly regarding the next steps to withdraw cryptocurrency associated with your account.

f you have NOT submitted a claim, you will not receive a response to your inquiry.

Phishing Alert

We have received notifications that customers are receiving phishing emails urging them to withdraw the cryptocurrency associated with their Bittrex, Inc. accounts. While Bittrex is in the process of approving customers for withdrawal, it will contact selected customers through usual Bittrex customer service channels, and reactivated accounts will be accessible through regular Bittrex portal, not a new website.

The phishing emails are directing customers to provide their login and personal information on a fake website pretending to be the Bittrex U.S. platform. Unfortunately, these phishing emails also list account balances that are made-up and highly inflated to tempt customers to interact with the fake website. Phishing emails do not evidence true account balances or even the existence of an account.

Whenever receiving emails purporting to be from Bittrex, please take precautions:
• Check the sender's email address and look for misspelling, extra characters, or unusual domain names;
• Check for generic greetings, such as "Dear Customer";
• Be suspicious of emails with poor grammar, spelling errors, or unprofessional formatting;
• Hover with your mouse over any links in the email to preview the URL to make sure that it leads to a bittrex.com website and not to a fake website;
• Whenever attempting to access your account, carefully review the URL to ensure that you are on the Bittrex, Inc. website prior to inputting your login credentials.

Do not click on any links in suspicious emails, and delete such emails.

# Gmail

womy tony <tonywomy@gmail.com>

## [Bittrex Support] Re: My account need to be unblocked and restored for withdrawals

邮件

**ex Support** <support@bittrex.zendesk.com>    2024年3月12日 18:11
: Bittrex Support <support+id3369603@bittrex.zendesk.com>
人: Tonywomy <tonywomy@gmail.com>

## Please type your reply above this line -##

Your request (3369603) has been solved. To reopen this request, reply to this email or click the link below:
https://bittrex.zendesk.com/hc/requests/3369603

Here's the resolution of your ticket:

**Eva D'Angelo** (Bittrex)

Mar 12, 2024, 03:11 PDT

Hi tonywomy@gmail.com,

Thank you for reaching out to the Bittrex Customer Support team.

Unfortunately, the deadline to withdraw assets from the Bittrex platform and/or file a proof of claim has passed as of August 31st, 2023 at midnight Eastern Time.

For further information about developments in the bankruptcy case, please visit https://cases.omniagentsolutions.com/?clientId=3662

Best Regards,

Eva D'Angelo @ Bittrex

Follow us on Twitter @ https://twitter.com/BittrexExchange

14 09:44 Gmail - [Bittrex Support] Re: My account need to be unblocked and restored for withdrawals

**Tonywomy**
Mar 7, 2024, 19:42 PST

My account associated email address: tonywomy@gmail.com

My accound ID: 44b70708-ea11-4e7d-b058-c4729f1979c6

Virtual currencies involved: BTC/BCH/BSA/BCHA/XLM/USDT

Attachment(s)
Order History.mhtml
Transaction History.mhtml

**Tonywomy**
Mar 7, 2024, 07:52 PST

I am a customer since 2014. Due to network regulations in my country, I have been unable to check my Gmail for a long time, and I believed that placing assets on the Bittrex is also very secure. But on March 4th, when I finally found the promt email and logged into my Bittrex account, I noticed that the account was already locked and disabled. All currency balances in my account have been transferred to other addresses that may belong to your company, but there was no blockchain information. I hope to have my account unblocked as soon as possible and allow me to withdraw them. And from the 'Transaction History', this file contains my previous bitcoin withdrawal address, I noticed that I still hold the wallet containing this address. Which can serve as the best proof that I am the holder of this account.I have already informed your bankruptcyinfo@bittrex.com. I emailed the rough application and received a waiting reply, but three days have passed and there is still no further progress. Could you please expedite the processing of my application? Thank you!

Attachment(s)
网页捕获_6-3-2024_131624_bittrex.com.jpeg

This email is a service from Bittrex. Delivered by Zendesk.

[2Y512-KRMLN]

mail.google.com/mail/u/1/?ik=80bd432aa0&view=pt&search=all&permthid=thread-f:1793316782306580601&simpl=msg-f:1793314809657516203&simpl=msg-f:1793316782306580601&simpl=msg-a:r-289530…    2/5

**Bittrex Support** <support@bittrex.zendesk.com>                                                    2024年3月12日 18:11
收件人: Bittrex Support <support+id3369603@bittrex.zendesk.com>
抄送人: Tonywomy <tonywomy@gmail.com>

##- Please type your reply above this line -##

Your request (3369603) has been updated. To add additional comments, reply to this email.

Ticket: https://bittrex.zendesk.com/hc/requests/3369603

**Eva D'Angelo** (Bittrex)
Mar 12, 2024, 03:11 PDT

Hi tonywomy@gmail.com,

Thank you for reaching out to the Bittrex Customer Support team.

Unfortunately, the deadline to withdraw assets from the Bittrex platform and/or file a proof of claim has passed as of August 31st, 2023 at midnight Eastern Time.

For further information about developments in the bankruptcy case, please visit https://cases.omniagentsolutions.com/?clientId=3662

Best Regards,

Eva D'Angelo @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

**Tonywomy**
Mar 7, 2024, 19:42 PST

My account associated email address: tonywomy@gmail.com

My accound ID: 44b70708-ea11-4e7d-b058-c4729f1979c6

Gmail - [Bittrex Support] Re: My account need to be unblocked and restored for withdrawals

Virtual currencies involved: BTC/BCH/BSA/BCHA/XLM/USDT

Attachment(s)
Order History.mhtml
Transaction History.mhtml

**Tonywomy**
Mar 7, 2024, 07:52 PST

I am a customer since 2014. Due to network regulations in my country, I have been unable to check my Gmail for a long time, and I believed that placing assets on the Bittrex is also very secure. But on March 4th, when I finally found the promt email and logged into my Bittrex account, I noticed that the account was already locked and disabled. All currency balances in my account have been transferred to other addresses that may belong to your company, but there was no blockchain information. I hope to have my account unblocked as soon as possible and allow me to withdraw them. And from the 'Transaction History', this file contains my previous bitcoin withdrawal address, I noticed that I still hold the wallet containing this address. Which can serve as the best proof that I am the holder of this account.I have already informed your bankruptcyinfo@bittrex.com. I emailed the rough application and received a waiting reply, but three days have passed and there is still no further progress. Could you please expedite the processing of my application? Thank you!

Attachment(s)
网页捕获_6-3-2024_131624_bittrex.com.jpeg

This email is a service from Bittrex. Delivered by Zendesk.

[2Y512-KRMLN]

tony tony <tonywomy@gmail.com>
收件人: Bittrex Support <support+id3369603@bittrex.zendesk.com>

2024年3月12日 18:42

Thank you very much for your reply. What will happen afterwards? Is my account cleared to zero like this? And to my knowledge, there are still many accounts being processed after August 31st, and I am not a US citizen either. And at least I should do KYC authentication for my account now, right?

Bittrex Support <support@bittrex.zendesk.com> 于2024年3月12日周二 18:11写道:

14 09:44

引用文字已隐藏

**Bittrex Support** &lt;support@bittrex.zendesk.com&gt;　　　　　　　　　　　　　　　　2024年3月12日 18:42
收件人：Bittrex Support &lt;support+id3372139@bittrex.zendesk.com&gt;
抄送人：Tonywomy &lt;tonywomy@gmail.com&gt;

##- Please type your reply above this line -##

Hi tonywomy@gmail.com,

Thank you for reaching out to the Bittrex Customer Support team. Unfortunately, the deadline to withdraw assets from the Bittrex platform and/or file a proof of claim has passed as of August 31st, 2023 at midnight Eastern Time. For further information about developments in the bankruptcy case, please visit https://cases.omniagentsolutions.com/?clientId=3662

Please be aware that many Bittrex customers and customers of other cryptocurrency exchanges recently received phishing emails from fraudulent actors, so please double check the sender email address and do not click on any links. Bittrex will only contact you from an email address that ends in "bittrex.com." or "support@bittrex.zendesk.com"

This email is a service from Bittrex. Delivered by Zendesk.

[KGLK0-5VKME]

**Tonywomy tony** &lt;tonywomy@gmail.com&gt;　　　　　　　　　　　　　　　　2024年3月12日 19:30
收件人：Bittrex Support &lt;support+id3372139@bittrex.zendesk.com&gt;

Why I can't find this ticket in your platform? Just delete it?

Bittrex Support &lt;support@bittrex.zendesk.com&gt; 于2024年3月12日周二 18:42写道：

引用文字已隐藏

