RECEIVED
2024 MAR 22 AM 8:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ndukwu Gabriel Ezechukwu,

746 Robinson Place,

Shreveport, 71104

Louisiana.

14th march, 2024

US Bankruptcy Court,

23-10597-BLS

824 North Market Street,

3rd floor Wilmington,

19891, Delaware

**Motion to extend the Bar date for the Creditor claims application for Ndukwu Gabriel Ezechukwu on Bankruptcy Case Number : 23-10597-BLS (Desolation Holdings; Bittrex)**

I am Ndukwu Gabriel Ezechukwu a citizen of Nigeria and a Lawful resident of the United States.

I am a Licensed Physical therapist in Nigeria and presently relocated to the United States in February 2022.

I started Trading with Bittrex Global in 2017 while still living in Nigeria. As of then, Bittrex Global was still answering Bittrex International.

On several occasions, Bittrex Global has verified my identity with my Nigerian passport with a more recent time in 2019 when my account with Bittrex Global was purportedly hacked and my cryptocurrencies were sold and converted to Bitcoin and attempted to be moved out of my wallet. But for my timely intervention of notifying Bittrex Global, my count was locked, and after investigation and a series of verifications was restored in 2020 by Bittrex Global.

In 2022 I relocated to the United States with my family but still maintained my account with Bittrex Global and where also getting emails from them. When Bittrex US Inc. where winding down due to the desolation case, Bittrex Global sent me a series of messages affirming that the decisions of this case would not apply to me on the basis that I am a customer (creditor) with Bittrex Global and not Bittrex US.

In November 2023, Bittrex Global announced that they were winding down and that every customer should withdraw their funds. Before that announcement, Bittrex Global had restricted

my log-in to my account due to my Nigerian international passport had expired and they requested that I update my most recent Identity which was part of their KYC requirement for customers to trade.

I was on the verge of renewing my Nigerian international passport when Bittrex Global announced its closure and because it takes a lot of time to renew my Nigerian international passport, I used my Mississippi driver's license to verify my account.

It was at this point that Bittrex Global Deactivated my account and stated the CHAPTER 11 rule and that I had passed the deadline to file for proof of claims. I contacted Bittrex Global to clarify that I did not open my account with Bittrex US because I was domiciled in Nigeria where I bought most of my Cryptocurrencies except Bitcoin and Fantom which I bought for my little Son as part of His investment.

I went further to produce my Nigerian National license and sent the digital version which is verifiable but each time I contacted Bittrex Global; they would refer my case to Bittrex US.

My argument remains should the decisions of this case be applied to me? Since the jurisdiction where the transactions happened from 2017 through 2023 was in a different country.

Other than Bitcoin and Fantom Can Bittrex US provide proof (evidence) that I have traded, deposited, and or withdrawn any of these cryptocurrencies (BitcoinVault, Polkadot, Flare, Gnosis, Litecoin, OMG Network, Siacoin, Storm X, XRP, Zilliqa) in my portfolio in the United States? If at the time of purchase, I did my transaction from a different country and a different organization name, does Bittrex US have jurisdiction simply by verification? It might interest you to know that Bittrex Global claims that they are registered in Liechtenstein and Bermuda where whereas Bittrex US is in Seattle Washington.

It is also of interest to note that Bittrex Global still has been sending messages to withdraw my funds from my account with them as a reminder that they have closed, even after Bittrex US deactivated my account.

I plead with this court to view this case as a unique one because the issue of cryptocurrency is recent to the world and even to the legal bodies and the government, especially the Chapter 11 bankruptcy case. If Bittrex US claims that they have Jurisdiction over my account by the mere fact that fielded a US residential address, then I plead with this court to make exigencies regarding the Bar dates for filing the proof of claim for the following reasons:
- (a) Bittrex US did not duly inform me either by regular or electronic mail that I should claim my cryptocurrency at the time this bankruptcy case was concluded.
- (b) Bittrex Global on several occasions sent me emails categorically stating that the decisions and stipulations as well as the deadlines emanating from the Bankruptcy case do not apply to me.
- (c) Bittrex Global up till the end of January 2024 have been sending me messages to withdraw my cryptocurrencies based on their winding down on December 4th, 2023.

A second option is that Bittrex US cannot prove that they have jurisdiction and should out of goodwill and fair business reactivate back my account to Bittrex Global so that I can withdraw my funds.

I want to plead with this court to weigh the burden that it may cause me should lose my assets. I come from a third-world country that believed that cryptocurrency was a way out of poverty. I saw an opportunity to elevate myself and my family from the shackles of poverty through noble and legitimate means. While in developed countries it may seem that a $2000 plus worth of cryptocurrencies might be an easy forego, it took me most of my life savings to be able to build this kind of portfolio which can increase in value in geometric progression for example by 10/31/2021, my wallet was worth approximately $8,000. This same account has the potential to increase at least 5 to 10 times by 2025 based on historical data depending on the performance of each asset.

What this means is that you cannot say that the value of my assets with Bittrex US will remain the same by this time next year.

Your Honor, I believe in the United States rule of law and your wisdom to interpret and adjudicate this case in such a manner that it will be a win-win for both parties.

I believe that all the documents filled in are sufficient to clarify this honorable court my claims so far.

I also plead with your honor to grant a remote hearing of this motion due to the financial burden, and that it will be very stressful to be traveling from Shreveport Louisiana to Delaware.

Yours Faithfully

*[signature]*

Dr Ndukwu Gabriel Ezechukwu PT, DPT

**Office 3802**

---

**From:** gabriel eze <doublegezzy@yahoo.com>
**Sent:** Thursday, March 14, 2024 6:08 PM
**To:** Office 3802
**Subject:** [EXTERNAL] Fw: Bittrex Global: Please withdraw your funds

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, March 14, 2024, 6:04 PM, gabriel eze <doublegezzy@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, March 4, 2024, 3:00 PM, Bittrex Global <no-reply@global.bittrex.com> wrote:



# Please withdraw your funds

Dear Gabriel,

Based on our records, as of the date of this email your Bittrex Global account still holds an estimated value of $3,464.10.

We strongly recommend that you log into our platform and withdraw assets as quickly as possible.

1

Our customer support team remains available to assist you with any questions or concerns you may have during the transition process. Please create a support ticket at https://global.bittrex.com/Home/Support for assistance.

Kind regards,

**Bittrex Global**

**Risk warning:** Trading Tokens, and use of other Services provided by Bittrex Global (Bermuda) Ltd involves significant risks and potential for financial losses. The market for and trading in Tokens is speculative and is highly volatile. Trading and use of other services may result in loss of Tokens, decrease in or loss of all value for Tokens, inability to access or transfer Tokens, inability to trade Tokens, inability to receive financial benefits available to other Token holders, and other financial losses to you, even total loss of your investment.

Bittrex Global operates cryptocurrency exchanges in Liechtenstein and Bermuda. Bittrex Global GmbH is registered with the Financial Market Authority under Law of 3 October 2019 on Tokens and TT Service Providers (TVTG) in Liechtenstein to operate as a TT Exchange Service Provider, TT Token Depositary and Token Issuer on behalf and for the account of third parties. Bittrex Global (Bermuda) Limited is regulated by the Bermuda Monetary Authority and licensed as a Class F Digital Asset Business under the Bermuda Digital Asset Business Act 2018 to operate as a digital asset exchange, provide custodial wallet services and operate as a digital asset derivative exchange provider.

Please be aware of phishing sites and other online scams, and always make sure you are visiting the official [bittrexglobal.com] website when entering sensitive data.

Bittrex Global GmbH
Dr. Grass-strasse 12
9490 Vaduz
Liechtenstein

Bittrex Global (Bermuda) Ltd.
11 Bermudiana Road
Pembroke HM 08, Bermuda

Click here to view this email in your browser.

Bittrex Global: Please withdraw your funds

From: Bittrex Global (no-reply@global.bittrex.com)
To: doublegezzy@yahoo.com
Date: Monday, January 1, 2024 at 05:00 AM CST



# Please withdraw your funds

Dear Gabriel,

Based on our records, as of 4 December 2023 your Bittrex Global account still holds an estimated value of $2,296.52.

We strongly recommend that you log into our platform and withdraw assets as quickly as possible, as a withdrawal deadline will be set by the liquidators at some point in the future.

Our customer support team remains available to assist you with any questions or concerns you may have during the transition process. Please create a support ticket at https://global.bittrex.com/Home/Support for assistance.

Kind regards,

**Bittrex Global**

**Risk warning:** Trading Tokens, and use of other Services provided by Bittrex Global (Bermuda) Ltd involves significant risks and potential for financial losses. The market for and trading in Tokens is speculative and is highly volatile. Trading and use of other services may result in loss of Tokens, decrease in or loss of all value for Tokens, inability to access or transfer Tokens, inability to trade Tokens, inability to receive financial benefits available to other Token holders, and other financial losses to you, even total loss of your investment.

Bittrex Global operates cryptocurrency exchanges in Liechtenstein and Bermuda. Bittrex Global GmbH is registered with the Financial Market Authority under Law of 3 October 2019 on Tokens and TT Service Providers (TVTG) in Liechtenstein to operate as a TT Exchange Service Provider, TT Token Depositary and Token Issuer on behalf and for the account of third parties. Bittrex Global (Bermuda) Limited is regulated by the Bermuda Monetary Authority and licensed as a Class F Digital Asset Business under the Bermuda Digital Asset Business Act 2018 to operate as a digital asset exchange, provide custodial wallet services and operate as a digital asset derivative exchange provider.

Reminder from Bittrex Global: Please withdraw your funds!

From: Bittrex Global (no-reply@global.bittrex.com)
To: doublegezzy@yahoo.com
Date: Monday, November 27, 2023 at 01:13 PM CST



## Reminder: Please withdraw your funds!

Dear Gabriel,

We wrote to you last week to inform you that Bittrex Global has decided to wind down its operations.

Based on our records, your Bittrex Global account still holds an estimated value of $2,051.62.

Trading on Bittrex Global will be suspended as of Monday 4 December 2023 at 18:00 UTC. **Please ensure that you have completed all necessary transactions before this date.** At that time, your client relationship with Bittrex Global will be terminated and all activity on the platform – except the ability to withdraw – will be disabled.

All funds and tokens remain safe and secure on the Bittrex Global platform, and are available for withdrawal – in accordance with applicable law and our Terms of Service – at any time using the withdrawal facilities on the platform. All users are strongly encouraged to log into their account and withdraw assets as soon as possible.

Please see our website for more information. If you have any further questions, please contact our support team.

Kind regards,

**Bittrex Global**

# Yahoo Mail - Update on Bittrex US



Hi Gabriel,

We'd like to provide you with some context regarding Bittrex US's decision to file for Chapter 11. First and foremost, we want to reassure you that Bittrex Global is not affected by these decisions impacting Bittrex US. We continue to invest in and operate a safe and secure platform for our customers outside the United States.

Last month, Bittrex US announced that it would cease all operations in the United States and asked its customers to withdraw their funds. That process ended on 30 April.

There were some customers, however, that had not withdrawn their funds by that time, and so those funds remain – safe and secure – on the platform.

By initiating Chapter 11 proceedings, a court will oversee the return of those remaining funds to users.

This draws a line under the US wind-down from a legal perspective.

As regards Bittrex Malta, this was Bittrex's first exercise in expanding overseas. In 2019, it was decided to cease operating Bittrex Malta and establish an entirely separate entity, which is Bittrex Global. By including Bittrex Malta in the Chapter 11 process, this paves the way for a wind-down of that dormant entity too.

It is important to note that absolutely none of this involves or has any impact whatsoever on Bittrex Global, which is regulated in Liechtenstein and Bermuda. All Bittrex Global customer funds are secure and available for withdrawal at any time.

At Bittrex Global we remain committed to providing our customers with the safest, most secure, and most compliant exchange in the market.

Kind Regards,

**Bittrex Global**



BITTREX GLOBAL HAS BEEN TRUSTED BY OVER 500 TOKEN PROJECTS TO REACH MILLIONS OF TRADERS.
LEARN WHY

**Risk warning:** Trading Tokens, and use of other Services provided by Bittrex Global (Bermuda) Ltd involves significant risks and potential for financial losses. The market for and trading in Tokens is speculative and is highly volatile. Trading and use of other services may result in loss of Tokens, decrease in or loss of all value for Tokens, inability to access or transfer Tokens, inability to trade Tokens, inability to receive financial benefits available to other Token holders, and other financial losses to you, even total loss of your investment.

Bittrex Global operates cryptocurrency exchanges in Liechtenstein and Bermuda. Bittrex Global GmbH is

registered with the Financial Market Authority under Law of 3 October 2019 on Tokens and TT Service Providers (TVTG) in Liechtenstein to operate as a TT Exchange Service Provider, TT Token Depositary and Token Issuer on behalf and for the account of third parties. Bittrex Global (Bermuda) Limited is regulated by the Bermuda Monetary Authority and licensed as a Class F Digital Asset Business under the Bermuda Digital Asset Business Act 2018 to operate as a digital asset exchange, provide custodial wallet services and operate as a digital asset derivative exchange provider.

Please be aware of phishing sites and other online scams, and always make sure you are visiting the official [global.bittrex.com] website when entering sensitive data.

Bittrex Global GmbH
Dr. Grass-Strasse 12 Vaduz
9490 Liechtenstein

Bittrex Global (Bermuda) Ltd
11 Bermudiana Road
Pembroke HM OB, Bermuda

Update on Bittrex US

From: Bittrex Global (no-reply@global.bittrex.com)
To: doublegezzy@yahoo.com
Date: Wednesday, May 10, 2023 at 02:00 AM CDT



# Update on Bittrex US

Hi Gabriel,

We'd like to provide you with some context regarding Bittrex US's decision to file for Chapter 11. First and foremost, we want to reassure you that Bittrex Global is not affected by these decisions impacting Bittrex US. We continue to invest in and operate a safe and secure platform for our customers outside the United States.

Last month, Bittrex US announced that it would cease all operations in the United States and asked its customers to withdraw their funds. That process ended on 30 April.

There were some customers, however, that had not withdrawn their funds by that time, and so those funds remain – safe and secure – on the platform.

By initiating Chapter 11 proceedings, a court will oversee the return of those remaining funds to users.

This draws a line under the US wind-down from a legal perspective.

As regards Bittrex Malta, this was Bittrex's first exercise in expanding overseas. In 2019, it was decided to cease operating Bittrex Malta and establish an entirely separate entity, which is Bittrex Global. By including Bittrex Malta in the Chapter 11 process, this paves the way for a wind-down of that dormant entity too.

It is important to note that absolutely none of this involves or has any impact whatsoever on Bittrex Global, which is regulated in Liechtenstein and Bermuda. All Bittrex Global customer funds are secure and available for withdrawal at any time.

At Bittrex Global we remain committed to providing our customers with the safest, most secure, and most compliant exchange in the market.

Kind Regards,
**Bittrex Global**

**STAY CONNECTED**

   

BITTREX GLOBAL HAS BEEN TRUSTED BY OVER 500 TOKEN PROJECTS TO REACH MILLIONS OF TRADERS.

**LEARN WHY**

**Risk warning:** Trading Tokens, and use of other Services provided by Bittrex Global (Bermuda) Ltd involves significant risks and potential for financial losses. The market for and trading in Tokens is speculative and is highly volatile. Trading and use of other services may result in loss of Tokens, decrease in or loss of all value for Tokens, inability to access or transfer Tokens, inability to trade Tokens, inability to receive financial benefits available to other Token holders, and other financial losses to you, even total loss of your investment.

Bittrex Global operates cryptocurrency exchanges in Liechtenstein and Bermuda. Bittrex Global GmbH is registered with the Financial Market Authority under Law of 3 October 2019 on Tokens and TT Service Providers (TVTG) in Liechtenstein to operate as a TT Exchange Service Provider, TT Token Depositary and Token Issuer on behalf and for the account of third parties. Bittrex Global (Bermuda) Limited is regulated by the Bermuda Monetary Authority and licensed as a Class F Digital Asset Business under the Bermuda Digital Asset Business Act 2018 to operate as a digital asset exchange, provide custodial wallet services and operate as a digital asset derivative exchange provider.

Please be aware of phishing sites and other online scams, and always make sure you are visiting the official [global.bittrex.com] website when entering sensitive data.

Account ID: a47406f9-79ba-4b78-9098-140eabea0c0b

## Your account has been disabled

As you are aware, we filed for Chapter 11 bankruptcy on May 8, 2023. The deadline to withdraw assets from the Bittrex platform and/or file a proof of claim was midnight EDT, August 31, 2023. Withdrawals, deposits, and trading are now closed. All non-zero balances associated with your Bittrex account are shown below. You may still download your trading history for tax reporting purposes.

For further information about developments in the bankruptcy case, please visit here.

| | |
|---|---|
| **Bitcoin** | 0.01020529 BTC |
| **BitcoinVault** | 0.97254378 BTCV |
| **Polkadot** | 16.00000000 DOT |

| | |
|---|---:|
| Bitcoin | 0.01020529 BTC |
| BitcoinVault | 0.97254378 BTCV |
| Polkadot | 16.00000000 DOT |
| Flare | 107.81575011 FLR |
| Fantom | 500.00000000 FTM |
| Gnosis | 3.50000000 GNO |
| Litecoin | 1.01116139 LTC |
| OMG Network | 100.02581767 OMG |
| Siacoin | 0.67695378 SC |
| StormX | 10,000.61891531 STMX |

| | |
|---|---|
| Gnosis | 3.50000000 GNO |
| Litecoin | 1.01116139 LTC |
| OMG Network | 100.02581767 OMG |
| Siacoin | 0.67695378 SC |
| StormX | 10,000.61891531 STMX |
| XRP | 703.99000000 XRP |
| Zilliqa | 3,055.99480978 ZIL |

We've made your full Order History and Deposit/Withdrawal History available to you in a printer-friendly format.

Please refer to our support site for further updates.

© 2024 BITTREX, INC.

Account ID: a47406f9-79ba-4b78-9098-140eabea0c0b

## Your account has been disabled

As you are aware, we filed for Chapter 11 bankruptcy on May 8, 2023. The deadline to withdraw assets from the Bittrex platform and/or file a proof of claim was midnight EDT, August 31, 2023. Withdrawals, deposits, and trading are now closed. All non-zero balances associated with your Bittrex account are shown below. You may still download your trading history for tax reporting purposes.

For further information about developments in the bankruptcy case, please visit here.
Bitcoin0.01020529 BTC
BitcoinVault0.97254378 BTCV
Polkadot16.00000000 DOT
Flare107.81575011 FLR
Fantom500.00000000 FTM
Gnosis3.50000000 GNO
Litecoin1.01116139 LTC
OMG Network100.02581767 OMG
Siacoin0.67695378 SC
StormX10,000.61891531 STMX
XRP703.99000000 XRP
Zilliqa3,055.99480978 ZIL
We've made your full Order History and Deposit/Withdrawal History available to you in a printer-friendly format.
Please refer to our support site for further updates.
© 2024 Bittrex, Inc.