**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Bittrex, Inc.,[1] | : | Case No. 23-10598 (BLS) |
| | : | |
| Wind Down Entity. | : | |
| | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of March 2024, Carl N. Kunz, III, caused to be served true and correct copies of *Claimants' First Set of Requests for Production and First Set of Interrogatories to Plan Administrator* upon the parties identified below in the manner indicated:

<div style="display:flex">

***VIA E-MAIL AND HAND DELIVERY***
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
Kenneth J. Enos, Esq.
Rebecca L. Lamb, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: rlamb@ycst.com

*Counsel for the Plan Administrator*

***VIA E-MAIL AND U.S. MAIL***
Quinn Emanuel Urquhart & Sullivan, LLP
Susheel Kirpalani, Esq.
Patricia B. Tomasco, Esq.
Daniel Holzman, Esq.
Alain Jaquet, Esq.
Razmig Izakelian, Esq.
Joanna D. Caytas, Esq.
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

*Counsel for the Plan Administrator*

</div>

---

[1] The last four digits of the Wind Down Entity's federal tax identification number are 0908. The mailing and service address of the Wind Down Entity is 701 5th Avenue, Suite 4200, Seattle, WA 98104. [See Chapter 11 Case No. 23-10597, Docket No. 1068]

Dated:  March 27, 2024

**MORRIS JAMES LLP**

*/s/  Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Jason S. Levin (DE Bar No. 6434)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Telephone:  (302) 888-6800
E-mail:  ckunz@morrisjames.com
E-mail:  jlevin@morrisjames.com

-and-

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Mark G. Ledwin, Esq. (admitted *pro hac vice*)
1133 Westchester Avenue
White Plains, New York 10604
Telephone:  (914) 872-7148
E-mail:  mark.ledwin@wilsonelser.com

*Counsel for Claimants Excel Title Group, LLC
Jason M. Forgey and Forgey Law Group,
PLLC*

2