**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Bittrex, Inc.,[1]<br><br>　　　　　Wind Down Entity. | Chapter 11<br><br>Case No. 23-10598 (BLS) |

**DECLARATION OF DAVID MARIA IN SUPPORT OF PLAN ADMINISTRATOR'S OBJECTION TO CLAIM C598-99 FILED BY NICHOLAS HIGGINS  PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE**
**AND BANKRUPTCY RULE 3007**

I, David Maria, the Plan Administrator[2] of the Wind Down Entity, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.　　　　I am the Plan Administrator of the Wind Down Entity as of the Effective Date.  I have served as the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS") since December 2022 and previously as BUS's Head of Litigation and Regulatory Affairs since May 2021.

2.　　　　In my capacity as the Plan Administrator, I am generally familiar with the Debtors' day-to-day operations, business, financial affairs, and ongoing restructuring efforts.  Accordingly, I am in all respect competent to make this declaration (the "Declaration").

3.　　　　I submit this Declaration in support of the *Plan Administrator's Objection to Claim C598-99 Filed by Nicholas Higgins Pursuant to Section 502 of the Bankruptcy Code and*

---

[1]  The last four digits of the Wind Down Entity's federal tax identification number are 0908.  The mailing and service address of the Wind Down Entity is 140 Lakeside Avenue #162, Seattle, WA 98122.

[2]　　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection (defined below).

*Bankruptcy Rule 3007* (the "Objection"),[3] dated as of the date hereof and filed contemporaneously herewith.

4.      I am over the age of eighteen and I am authorized by the Wind Down Entity to submit this Declaration.  All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (i) business books and records kept by the Debtors in the ordinary course of business; (ii) the relevant proofs of claim; (iii) the Schedules; and/or (iv) the official register of claims filed in these chapter 11 cases.  If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

5.      The Claim was carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Wind Down Entity, Berkeley Research Group, LLC, Quinn Emanuel Urquhart & Sullivan LLP, and/or Young Conaway Stargatt & Taylor, LLP.

6.      A true and correct copy of BUS' current terms of service are attached hereto as **Exhibit 1**.

7.      To the best of my knowledge and based on my review of BUS' books and records, a true and correct copy of BUS' terms of service as of December 23, 2017 are attached hereto as **Exhibit 2**.

8.      Mr. Higgins, or someone purporting to be Mr. Higgins, created an account with Bittrex, Inc. ("BUS") on March 12, 2015.  He did not accept the BUS terms of service.

9.      The last withdrawal occurred on March 22, 2016, leaving Mr. Higgins's account with 0.00000006 BCH and 0.00000006 BTC, neither of which is a withdrawable balance.

10.     The Higgins account has been flagged for suspicious activity.

---

[3]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

11.    Mr. Higgins submitted a Zendesk Ticket with BUS customer service on June 15, 2023, and was advised that the account had a zero withdrawable balance.

12.    As of the Petition Date, Mr. Higgins's BUS account held 0.00000006 BCH and 0.00000006 BTC, neither of which is a withdrawable balance.

13.    Mr. Higgins, or someone purporting to be him, attempted to open several additional accounts with the Debtors using different email addresses for a total of nine accounts opened between March 12, 2015 and October 19, 2021: one on March 12, 2015, one on June 16, 2016, two on July 14, 2021, one on September 9, 2021, two on September 10, 2021, one on September 13, 2021, and one on October 19, 2021.

14.    The accounts have been flagged for suspicious activity and violations of terms of service, and all but one account have been disabled.  The remaining accounts have a zero balance: two had funds withdrawn by the accountholder, leaving a zero balance, and six never had any deposits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: April 2, 2024

*/s/ David Maria*
David Maria