IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bittrex, Inc.,[1]<br><br>　　　　Wind Down Entity. | Chapter 11<br><br>Case No. 23-10598 (BLS) |

**DECLARATION OF DAVID MARIA IN SUPPORT OF PLAN ADMINISTRATOR'S OBJECTION TO CLAIM C598-860 FILED BY DAVID POLSTON PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

I, David Maria, the Plan Administrator of the Wind Down Entity, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Plan Administrator of the Wind Down Entity as of the Effective Date. I have served as the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS") since December 2022 and previously as BUS's Head of Litigation and Regulatory Affairs since May 2021.

2. In my capacity as the Plan Administrator, I am generally familiar with the Debtors' day-to-day operations, business, financial affairs, and ongoing restructuring efforts. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

3. I submit this Declaration in support of the *Plan Administrator's Objection to Claim C598-860 Filed By David Polston Pursuant to Section 502 of the Bankruptcy Code and*

---

[1] The last four digits of the Wind Down Entity's federal tax identification number are 0908. The mailing and service address of the Wind Down Entity is 140 Lakeside Avenue #162, Seattle, WA 98122.

*Bankruptcy Rule 3007* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

4. I am over the age of eighteen and I am authorized by the Wind Down Entity to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (i) business books and records kept by the Debtors in the ordinary course of business; (ii) the relevant proof of claim; (iii) the Schedules; and/or (iv) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

5. The Claim was carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Wind Down Entity, Berkeley Research Group, LLC, Quinn Emanuel Urquhart & Sullivan LLP, and/or Young Conaway Stargatt & Taylor, LLP.

6. A true and correct copy of BUS' current terms of service are attached hereto as **Exhibit 1**.

7. The Debtors have not been able to locate an account belonging to Mr. Polston based on the information provided in the Polston Claim, including his name, address, telephone number, e-mail address, Account ID, date of birth, social security number, and the number provided as the number of his driver's license or passport.

8. The Account ID provided by Mr. Polston is not in the form used by Bittrex.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: April 2, 2024

*/s/ David Maria*
David Maria

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.