## Exhibit A

**Fully Satisfied Claims**

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 1. | Customer Name Redacted | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-48 | N/A | Hedera (HBAR) - 2707.5 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 2. | Customer Name Redacted | 8/4/2023 | 23-10598 / Bittrex, Inc. | C598-212 | $5,200.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 3. | Customer Name Redacted | 8/26/2023 | 23-10598 / Bittrex, Inc. | C598-914 | $3,633.56 | XRP (XRP) - 3633.56 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 4. | a89e43cf-6bdf-418d-8775-bf23ceab7b4b | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-45 | N/A | Ardor (ARDR) - 97857.04313403 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 5. | 0808ae2c-7007-482b-aa33-a15772b9f792 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10660 | N/A | Tether (USDT) - 1206.72872668 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 6. | 13a2b13a-92aa-4fd0-ae52-6d218812074c | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-872 | $2,062.34 | Bitcoin (BTC) - 0.00000070, Ethereum (ETH) - 1.14039899, EthereumPoW (ETHW) - 1.14039899, Vertcoin (VTC) - 25.47823300 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 7. | 805079d1-3d1a-4603-b32f-7e62270cf27f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10914 | N/A | Cardano (ADA) - 2722.03412045, NEM (XEM) - 393.82345238, Neo (NEO) - 7.18269634, TRON (TRX) - 550.97580225, Verge (XVG) - 11285.65607205, XRP (XRP) - 1224.63936553 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 8. | f312561c-e938-4e59-9b46-299d79c6473a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-11012 | $3,456.39 | Bitcoin (BTC) - 0.12042052 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 9. | 79638d1c-874f-4dd8-99ce-40ad3152e3ca | 8/17/2023 | 23-10598 / Bittrex, Inc. | C598-419 | $1,711.48 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 10. | 8ae2468c-04ae-44eb-a7f4-8caceaafa3ce | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1093 | N/A | Bitcoin (BTC) - 0.00007807, Ethereum (ETH) - 0.000001440, EthereumPoW (ETHW) - 0.000001440, XRP (XRP) - 596.19569735 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 11. | 7a19d773-2f27-4be8-b8fd-4af85ab2eb00 | 8/13/2023 | 23-10598 / Bittrex, Inc. | C598-328 | $677.74 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 12. | 45c4f96d-1ae6-421c-9c75-7595ece32229 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10053 | $10,137.00 | Dogecoin (DOGE) - UND, Verge (XVG) - 42703 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 13. | 26c21267-0027-4138-a791-d3d091af40f7 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-120 | $131.00 | Bitcoin (BTC) - 0.01656685 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 14. | Customer Name Redacted | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-113 | $16,645.05 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 15. | Customer Name Redacted | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10286 | $13,364.66 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 16. | a2f93323-8d91-4f54-afdd-646b9af07cff | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10096 | $0.00 | Bitcoin (BTC) - 0.12606156, Neo (NEO) - 20.10 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 17. | d652c8f6-2f40-465d-b87f-321980caaac4 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10670 | $4,229.33 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 18. | Customer Name Redacted | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10174 | $2,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 19. | Customer Name Redacted | 6/3/2023 | 23-10598 / Bittrex, Inc. | C598-3 | N/A | Cardano (ADA) - 28248.21702652, Numeraire (NMR) - 203.5877732, Stellar Lumens (XLM) - 60277.34336671, TRON (TRX) - 40426.90830177 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 20. | f99c695d-698a-456a-a869-a9adb34c24c5 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10350 | $1,252.62 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 21. | e229ce13-4d22-42bd-b380-50757757f57a | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10015 | $200.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 22. | Customer Name Redacted | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10201 | N/A | Bitcoin (BTC) - 1.14, Litecoin (LTC) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 23. | Customer Name Redacted | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-56 | $1,223.39 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 24. | Customer Name Redacted | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10227 | $4,441.00 | Bitcoin (BTC) - 0.0022, Dogecoin (DOGE) - 59639.594 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 25. | 201dce25-eae6-4e84-9de5-6b50d668fe99 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10391 | $125.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 26. | cc614282-e0a5-4510-aa92-ed5070accd1a | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-64 | $244.37 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 27. | 8a88ed01-5932-490b-a1bd-9629766bb5c9 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10127 | $97.75 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 28. | ad0d7239-0a02-4b21-8781-39837a2f80d7 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10154 | $169.91 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 29. | Customer Name Redacted | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-597 | $2,049.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 30. | Customer Name Redacted | 8/9/2023 | 23-10598 / Bittrex, Inc. | C598-301 | $2,010.48 | Cardano (ADA) - 6515.771 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 31. | c587d34f-4236-4c03-8234-1f88c0b8935c | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-599 | $397.71 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 32. | 43e06d46-8578-4d60-8bf1-fcf85d60f836 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-850 | $25,249.11 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 33. | Customer Name Redacted | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10286 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 34. | Customer Name Redacted | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10181 | $2,879.29 | Dogecoin (DOGE) - 41686.41232558 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 35. | 538ceae3-6782-4a06-8afe-483330ccb675 | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11054 | $309.22 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 36. | Customer Name Redacted | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-889 | $7,421.61 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 37. | 689dbd93-a574-42e5-b584-864b0308081d | 7/24/2023 | 23-10598 / Bittrex, Inc. | C598-148 | $265.52 | Ankr (ANKR) - 698.46209418, Bitcoin (BTC) - 0.00835842 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 38. | Customer Name Redacted | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-57 | $1,325.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 39. | Customer Name Redacted | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10046 | $504.00 | Cardano (ADA) - 1799.3407 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 40. | Customer Name Redacted | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-49 | N/A | Dogecoin (DOGE) - 20885, Flare (FLR) - 151.095, Stellar Lumens (XLM) - 2100, XRP (XRP) - 1000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 41. | Customer Name Redacted | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10283 | N/A | EthereumPoW (ETHW) - 0.53, Litecoin (LTC) - 0.38, USD Coin (USDC) - 1951.27 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

## Notice of Satisfaction of Claims

## Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 42. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10826 | $467.62 | Neo (NEO) - 60 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 43. | Customer Name Redacted | 8/4/2023 | 23-10598 / Bittrex, Inc. | C598-236 | $2,500.00 | Cardano (ADA) - 2000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 44. | Customer Name Redacted | 6/5/2023 | 23-10597 / Desolation Holdings LLC | C597-52 | $9,600.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 45. | 32f5b38b-b1e0-44e1-a213-f69faa2b5c0f | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-10033 | $410.20 | Dogecoin (DOGE) - 1021 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 46. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10373 | $112.22 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 47. | 47aa6d6e-2409-4f7e-8e32-578d2697c272 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10533 | $180.90 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 48. | Customer Name Redacted | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10078 | $206.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 49. | 931cccc9-0f70-4cb6-b913-9e0b3ea60e0a | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-781 | $128.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 50. | 9ce2f3e3-1387-4e76-b959-2f068488c6f4 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10356 | $1,289.74 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 51. | 333e7a81-a47d-4d3f-acba-f3058c0c27fd | 6/10/2023 | 23-10598 / Bittrex, Inc. | C598-103 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 52. | Customer Name Redacted | 8/24/2023 | 23-10597 / Desolation Holdings LLC | C597-252 | N/A | Ethereum (ETH) - 7.18474738, EthereumPoW (ETHW) - 7.18474738 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 53. | ee133156-553a-4a66-ac7c-8e26e470640e | 8/8/2023 | 23-10598 / Bittrex, Inc. | C598-288 | $206.25 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 54. | 5647dc6f-d390-4adb-816a-a59726a75e18 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10220 | $190.10 | Dogecoin (DOGE) - 923.25989051 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

# Notice of Satisfaction of Claims

## Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 55. | 5bbb8935-8dba-4856-94ac-c66e72979bde | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-451 | $331.63 | Cardano (ADA) - 1240 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 56. | Customer Name Redacted | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-974 | $2,412.28 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 57. | 054311bd-785b-4ba8-8b9d-442fd90a8974 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10237 | $517.02 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 58. | Customer Name Redacted | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-490 | $580.46 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 59. | Customer Name Redacted | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-480 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 60. | 22d8da5c-4f76-444d-a0b5-6baa7448c2c2 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-739 | $204,000.00 | Basic Attention Token (BAT) - 3486, Bitcoin Cash (BCHN) (BCH) - 6, Dash (DASH) - 5, Dogecoin (DOGE) - 345.000, Siacoin (SC) - 174350, Tether (USDT) - 5782.86 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 61. | Customer Name Redacted | 8/25/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-21 | $23,413.83 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 62. | b2c3ed42-65e7-4e8b-b9d5-4971961f3c60 | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10021 | N/A | Bitcoin (BTC) - 0.01828, Cardano (ADA) - 1332.98, Stellar Lumens (XLM) - 653.71, XRP (XRP) - 618.54 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 63. | 1d456159-a0d9-404b-9399-a96fe75b5a4b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10555 | $1,522.34 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 64. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10487 | $703.19 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 65. | 05b83b68-a4ed-426f-ae7e-fe33ecf8e2c0 | 6/20/2023 | 23-10598 / Bittrex, Inc. | C598-69 | $615.80 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 66. | Customer Name Redacted | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-427 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 67. | 614f9728-49e5-4857-a36e-d0a96cbf4b50 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-10023 | $1,627.23 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 68. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-11014 | $500.00 | BitcoinVault (BTCV) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

## Notice of Satisfaction of Claims

### Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 69. | Customer Name Redacted | 8/18/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-5 | $78.76 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 70. | dc53e55c-6602-4257-a4a5-1e16fcd26e5a | 6/8/2023 | 23-10598 / Bittrex, Inc. | C598-102 | $9,706.93 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 71. | dfa06503-373f-40e1-ba7b-87fcee368b58 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10188 | $1,223.39 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 72. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10490 | $2,550.81 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 73. | Customer Name Redacted | 8/3/2023 | 23-10598 / Bittrex, Inc. | C598-204 | $21,700.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 74. | Customer Name Redacted | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-767 | $1,414.10 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 75. | Customer Name Redacted | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-590 | $127.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 76. | b35d685c-6b78-40af-8c51-c4c4a1740b81 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-956 | $117.16 | Bitcoin (BTC) - 0.008540, Cardano (ADA) - 81.91, DigiByte (DGB) - 4770, Ethereum (ETH) - 0.05245, EthereumPoW (ETHW) - 0.05245, Tezos (XTZ) - 17.45 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 77. | Customer Name Redacted | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10340 | $8,000.00 | Bitcoin (BTC) - 0.25, Cardano (ADA) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 78. | 79e65df9-17f4-4497-9326-334615795d4b | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-43 | N/A | Flare (FLR) - 1033.31994500, XRP (XRP) - 6838.87583952 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 79. | Customer Name Redacted | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1086 | $680.79 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 80. | a1ea74e9-fc85-4e94-b804-c60254afa6b4 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10571 | $148.45 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 81. | Customer Name Redacted | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10291 | $1,609.91 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 82. | 3c0dbb6c-e114-43d0-ba26-71f38d25f9c4 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-10027 | $6,672.34 | USD Coin (USDC) - 6672.34 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

## Notice of Satisfaction of Claims

### Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 83. | Customer Name Redacted | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-5 | $5.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 84. | 75e4d2af-21d6-488a-b6c2-3b3c1b32d3b0 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-666 | $1,118.14 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 85. | e4673b96-90a6-4ad3-a78f-95239af363b7 | 8/18/2023 | 23-10597 / Desolation Holdings LLC | C597-176 | $2,977.79 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 86. | e765aeae-dd58-4b55-a6b9-6f29d48c2208 | 8/23/2023 | 23-10597 / Desolation Holdings LLC | C597-226 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 87. | 40c04fbb-c9e5-4653-9d8c-7f65a4039c1a | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10050 | $521.98 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 88. | Customer Name Redacted | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-625 | $27,763.74 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 89. | f5e0bd39-97ef-4d03-a42d-1fdb8515b8da | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10770 | N/A | XRP (XRP) - 2351.37152451 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 90. | Customer Name Redacted | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-795 | $2,394.72 | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND, Ethereum (ETH) - UND, Solana (SOL) - UND, USD Coin (USDC) - UND, XRP (XRP) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 91. | Customer Name Redacted | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10175 | $24,367.11 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 92. | cd675c40-cd5e-438f-9a5e-e67fb67905df | 6/7/2023 | 23-10598 / Bittrex, Inc. | C598-101 | $2,694.83 | Bitcoin (BTC) - 0.06339080 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 93. | e7de4d70-9e56-48f9-86ae-59f73a3cf05a | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10016 | $302.07 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 94. | Customer Name Redacted | 8/15/2023 | 23-10598 / Bittrex, Inc. | C598-360 | $630.23 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 95. | Customer Name Redacted | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-866 | $66.76 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 96. | 018019e3-fbc0-4835-a5c9-651070be4b95 | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-594 | $7,749.68 | Dogecoin (DOGE) - 127447.40825683 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

**Notice of Satisfaction of Claims**

**Schedule 1 – Fully Satisfied Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Claim Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 97. | Customer Name Redacted | 8/22/2023 | 23-10600 / Bittrex Malta Ltd. | C600-37 | $28,845.90 | Bitcoin (BTC) - 0.59035483, Ethereum (ETH) - 3.25977062, EthereumPoW (ETHW) - 3.25977062, Tether (USDT) - 6016.63468385 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 98. | Customer Name Redacted | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-462 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 99. | 278f411d-105f-4d45-9ff8-82350cb2a243 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1131 | $190.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |